FORM 2   (April 1, 1977)

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

Instructions to Court:

This form is to be sent to the prisoner-plaintiff.   08 -106

If there is reason to believe that the information received is not accurate or complete, the court may want to use form 3 in addition. Form 3 is an Order asking the records officer at the institution to submit a certificate stating the current balance in the plaintiff's institutional account.

---

Form 2

UNITED STATES DISTRICT COURT
[ Insert appropriate court]

LAKISHA SHORT
[Petitioner]

vs.

COMISSIONER CARL DANBURG "ET AL"
[Respondent]

DECLARATION IN SUPPORT OF
REQUEST TO PROCEED
IN FORMA PAUPERIS

I, LAKISHA SHORT am the petitioner in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. Are you presently employed?   Yes ____   No  X

   a. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or form of self-employement? Yes __ No __
   b. Rent payments, interest, or dividends? Yes __ No __
   c. Pensions, annuities, or life insurance payments? Yes __ No __
   d. Gifts or inheritances? Yes _x_ No __
   e. Any other sources? Yes __ No __

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months. _Gifts_

3. Do you own any cash or do you have money in a checking or savings account? Yes __ No _x_ (Include any funds in prison accounts)

   If the answer is yes, state the total value owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes __ No _x_

   If the answer is yes, describe the property and state its approximate value _____

5. List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support. _____

I understand that a false statement or answer to any questions in this declaration will subject me to penalties for perjury.

_____
[Petitioner's Signature]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __18__ day of __January__, 2008.

_____
[Signature]

## Account Activity Ledger
From: 01/01/2007 To: 12/01/2007

Date : 01/11/2008
Time : 11:07

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 00343759 | **Name** SHORT, LAKISHA | | | **Block** 8 | | | **Previous Balance** | | 139.84 |
| HP.1/9 | 01/09/2007 | 17:21 | B#46828 | 377345 | W | | | -3.12 | 136.72 |
| P/T.GRACE.MURRAY.SR. | 01/11/2007 | 10:20 | B#46868 | 377531 | W | | | -20.00 | 116.72 |
| COMM.STORE.1/12 | 01/17/2007 | 13:36 | B#46982 | 378057 | W | | | -37.86 | 78.86 |
| Sales Transaction | 01/23/2007 | 14:50 | I#89448 | | I | 46.53 | | | 32.33 |
| COMM.CRDT.1/26 | 01/26/2007 | 17:01 | B#47193 | 379388 | D | | 2.00 | | 34.33 |
| KIT.PAY.12/24-1/27 | 01/30/2007 | 12:37 | B#47242 | 379918 | D | | 92.70 | | 127.03 |
| COMM.STORE.2/2 | 02/03/2007 | 13:54 | B#47315 | 380467 | W | | | -22.26 | 104.77 |
| Sales Transaction | 02/06/2007 | 10:41 | I#89831 | | I | 32.91 | | | 71.86 |
| Sales Transaction | 02/13/2007 | 12:03 | I#90056 | | I | 12.63 | | | 59.23 |
| Sales Transaction | 02/20/2007 | 10:23 | I#90260 | | I | 10.36 | | | 48.87 |
| P/T.MICHAEL.CANNON.2 | 02/22/2007 | 14:09 | B#47639 | 382553 | W | | | -30.00 | 18.87 |
| Sales Transaction | 02/27/2007 | 11:15 | I#90478 | | I | 15.05 | | | 3.82 |
| KIT.PAY.2/28 | 03/01/2007 | 12:49 | B#47750 | 383472 | D | | 14.94 | | 18.76 |
| Sales Transaction | 03/06/2007 | 09:57 | I#90704 | | I | 16.02 | | | 2.74 |
| COMM.CRDT.3/16 | 03/19/2007 | 15:43 | B#48044 | 385558 | D | | 16.02 | | 18.76 |
| Sales Transaction | 03/27/2007 | 10:53 | I#91370 | | I | 13.04 | | | 5.72 |
| PRCSD.REC.3/29.FR.3/ | 03/30/2007 | 15:21 | B#48272 | 386752 | D | | 20.00 | | 25.72 |
| Sales Transaction | 04/03/2007 | 11:34 | I#91601 | | I | 21.72 | | | 4.00 |
| MCP.5/18 | 05/21/2007 | 14:44 | B#49278 | 393399 | W | | | -4.00 | 0.00 |
| PRCSD.REC.7/19.FR.7/ | 07/20/2007 | 11:07 | B#50449 | 400506 | D | | 40.00 | | 40.00 |
| MCP.8/5 | 08/14/2007 | 15:31 | B#50969 | 403973 | W | | | -4.00 | 36.00 |
| MCP.8/15 | 08/16/2007 | 13:25 | B#51012 | 404253 | W | | | -4.00 | 32.00 |
| Sales Transaction | 08/21/2007 | 09:50 | I#95830 | | I | 31.71 | | | 0.29 |
| PRCSD.REC.8/30 | 08/30/2007 | 16:51 | B#51249 | 406054 | D | | 10.00 | | 10.29 |
| PRCSD.REC.8/29 | 08/30/2007 | 16:54 | B#51250 | 406070 | D | | 20.00 | | 30.29 |
| Sales Transaction | 09/11/2007 | 08:45 | I#96522 | | I | 27.95 | | | 2.34 |
| MCP.9/24 | 09/25/2007 | 16:53 | B#51733 | 409549 | W | | | -4.00 | -1.66 |
| PRCSD.REC.9/29 | 10/02/2007 | 16:14 | B#51869 | 410342 | D | | 25.00 | | 23.34 |
| PRCSD.REC.10/26 | 10/26/2007 | 15:52 | B#52371 | 413642 | D | | 25.00 | | 48.34 |
| Sales Transaction | 10/30/2007 | 10:05 | I#98042 | | I | 47.97 | | | 0.37 |
| PRCSD.REC.11/1 | 11/02/2007 | 11:16 | B#52484 | 414586 | D | | 20.00 | | 20.37 |
| COMM.MEGA.KT.11/21 | 11/26/2007 | 12:40 | B#52836 | 417111 | W | | | -7.00 | 13.37 |

| | | | |
|---|---|---|---|
| **Deposits** | 11 | For $ | 285.66 |
| **Withdraws** | 10 | For $ | -136.24 |
| **Invoices** | 11 | For $ | 275.89 |