Form 1.

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42, U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR _THE DISTRICT OF DELOWARE_

_LAKISHA L. SHORT_
(Enter above the full name of
the plaintiff in this action)
v.

_COMMISSIONER CARL DANBERG,_          $08 - 1061$

_DEP. COMM THOMAS CARROLL,_

_WARDEN PATRICK RYAN ; COLLEEN SHORT BERGER_
(Enter above the full name of the
defendant or defendants in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal courts dealing wit
      the same facts involved in this action or otherwise relating to your
      imprisonment? YES [ ]     NO [✗]

   B. If your answer to A is yes, describe the lawsuit in the space below.
      (If there is more than one lawsuit, describe the additional lawsuits
      on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit

         Plaintiffs _____

         _____

         Defendants _____

         _____

      2. Court (if federal court, name the district; if state court,
         name the county)

         _____

      3. Docket number _____

      4. Name of judge to whom case was assigned _____

      5. Disposition (for example: Was the case dismissed? Was it
         appealed? Is it still pending?)

         _____

      6. Approximate date of filing lawsuit _____

      7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution?
Yes [×]    No [ ]

B. Did you present the facts relating to your complaint in the state pr
oner grievance procedure?    Yes [×]    No [ ]

C. If your answer is YES,

1. What steps did you take? _SPOKE WITH ; WRITTEN_
_LETTERS TO PERSONS IN POSITIONS BEFORE FILING_

2. What was the result? _CLASSIFICATION ISNT GRIEVABLE_
_NO RESPONSE FROM LETTERS OR PASSED TO SOMEONE ELSE._

D. If your answer is NO, explain why not _____
_____

E. If there is no prison grievance procedure in the institution, did
you complain to prison authorities?    Yes [ ]    No [ ]

F. If your answer is YES,

1. What steps did you take? _____
_____

2. What was the result? _____
_____

III. Parties

(In item A below, place your name in the first blank and place your
present address in the second blank. Do the same for additional
plaintiffs, if any.)

A. Name of Plaintiff _LAKISHA SHORT_

Address _660 BAYLOR BLVD NEW CASTLE DE. 19720_

(In item B below, place the full name of the defendant in the first
blank, his official position in the second blank, and his place of
employment in the third blank. Use item C for the names, positions,
and places of employment of any additional defendants.)

B. Defendant _CARL DANBERG_ is employed as _COMMISSIONER_
_OF DELAWARE DEPARTMENT_ at _CORRECTIONS_.

C. Additional Defendants _THOMAS CARROLL    DEPUTY COMMISSIONER_
_OF THE DELAWARE DEPARTMENT OF CORRECTIONS, WARDEN_
_PATRICK RYAN AT DELORES J. BAYLOR WOMANS CORRECTIONAL_
_INSTITUTION, COLLEEN SHORTBERGER SUPERVISOR OF TREATMENT_

IV.   Statement of Claim

[ State here as briefly as possible the facts of your case.
Describe how each defendant is involved. Include also the
names of other persons involved, dates, and places. Do not
give any legal arguments or cite any cases or statutes.    If
you intend to allege a number of related claims, number and
set forth each claim in a separate paragraph. Use as much
space as you need. Attach extra sheet if necessary.].

"See   ATTACHED"

_____

_____

_____

_____

_____

_____

V. Relief

[State briefly exactly what you want the court to do for you.
Make no legal arguments. Cite no cases or statutes.]

"See   ATTACHED"

_____

_____

_____

_____

Signed this ___18___ day of ___JANUARY___, 2008

_____
[Signature of Plaintiff]

I declare under penalty of perjury that the foregoing is true
and correct.

___1/21/08___                    _____
Date                             Signature of Plaintiff

Form 1.

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42, U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR _THE DISTRICT OF DELAWARE_

_LAKISHA L. SHORT_
(Enter above the full name of
the plaintiff in this action)

v.

_COMMISSIONER CARL DANBERG,_

_DEP. COMM THOMAS CARROLL,_

_WARDEN PATRICK RYAN, COLLEEN SHOTZBERGER_
(Enter above the full name of the
defendant or defendants in this action)

0 8 - 1 0 6 -

I.  Previous lawsuits

A.  Have you begun other lawsuits in state or federal courts dealing with
the same facts involved in this action or otherwise relating to your
imprisonment? YES [ ]      NO [✗]

B.  If your answer to A is yes, describe the lawsuit in the space below.
(If there is more than one lawsuit, describe the additional lawsuits
on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit

Plaintiffs _____

_____

Defendants _____

_____

2.  Court (if federal court, name the district; if state court,
name the county)

_____

3.  Docket number _____

4.  Name of judge to whom case was assigned_____

5.  Disposition (for example: Was the case dismissed? Was it
appealed? Is it still pending?)

_____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition_____

II.  A.  Is there a prisoner grievance procedure in this institution?
                                          Yes [X]    No  [ ]

    B.  Did you present the facts relating to your complaint in the state pr
        oner grievance procedure?    Yes [X]    No  [ ]

    C.  If your answer is YES,

        1.  What steps did you take?  _SPOKE  WITH  ;  WRITTEN_

            _LETTERS  TO  PERSONS  IN  POSITIONS  BEFORE  FILING_

        2.  What was the result?  _CLASSIFICATION  ISNT  GRIEVABLE_

            _NO  RESPONSE  FROM  LETTERS  OR  PASSED  TO  SOMEONE  ELSE._

    D.  If your answer is NO, explain why not _____

        _____

    E.  If there is no prison grievance procedure in the institution. did
        you complain to prison authorities?  Yes  [ ]    No  [ ]

    F.  If your answer is YES,

        1.  What steps did you take? _____

            _____

        2.  What was the result? _____

            _____

III. Parties

    (In item A below, place your name in the first blank and place your
    present address in the second blank.  Do the same for additional
    plaintiffs, if any.)

    A.  Name of Plaintiff  _LAKISHA  SHORT_

        Address  _660  BAYLOR  BLVD  NEW  CASTLE  DE.  19720_

    (In item B below, place the full name of the defendant in the first
    blank, his official position in the second blank, and his place of
    employment in the third blank.  Use item C for the names, p  tions,
    and places of employment of any additional defendants.)

    B.  Defendant _CARL  DAUBERG_____ is employed as _COMMISSIONER_

        _OF  DELAWARE  DEPARTMENT_  at  _CORRECTIONS_

    C.  Additional Defendants _THOMAS  CARROLL    DEPUTY  COMMISSIONER_

        _OF  THE  DELAWARE  DEPARTMENT  OF  CORRECTIONS_,  _WARDEN_

        _PATRICK  RYAN  AT  DELORES  J. BAYLOR  WOMANS  CORRECTIONAL_

        _INSTITUTION,  COLLEEN  SHORTBERGER  SUPERVISOR  OF  TREATMENT_

IV.   Statement of Claim

[ State here as briefly as possible the <u>facts</u> of your case.
Describe how each defendant is involved.  Include also the
names of other persons involved, dates, and places.  Do not
give any legal arguments or cite any cases or statutes.   If
you intend to allege a number of related claims, number and
set forth each claim in a separate paragraph.  Use as much
space as you need.  Attach extra sheet if necessary.]

*See   ATTACHED*

_____

_____

_____

_____

_____


V.  Relief

[State briefly exactly what you want the court to do for you.
Make no legal arguments.  Cite no cases or statutes.]

*See   ATTACHED*

_____

_____

_____

_____


Signed this _____*18*_____ day of _____*JANUARY*_____, *2008*

_____
              [Signature of Plaintiff]

I declare under penalty of perjury that the foregoing is true
and correct.

_____*1/21/08*_____              _____
        Date                     Signature of Plaintiff

```
SHIPPING DEPT
(302) 422-2200              4 LBS        1 OF 1
THE MAIL CENTER
688 N DUPONT HWY
MILFORD DE 19863-
SHIP    US DISTRIC COURT
TO:     OFFICE OF THE CLERK
        LOCKBOX 18
        844 N KING ST
        WILMINGTON DE 19801
```

 DE 197 9-20

UPS GROUND

TRACKING #: 1Z 57V 404 03 2019 0249

FEB 19 2008

BILLING: P/P

P.O.#:                    Box 1   of 1

BAW 9.9.20.00 E2746        75.5V 01/2008



OFFICE OF CLERK
844 N KING ST
WILMINGTON DE 19801-3519      3519
P:RED    S:RIGHT    L:PDI    I:PDC
LAND·2555
1Z57V4040300190249

In The United States
District Court For the
District Of Delaware

Lakisha Short                          :                    0 8   - 1 0 6

    Plaintiff                          :              Civil Action No.-

        V.                             :

Commissioner Carl Danberg,             :
Deputy Commissioner Thomas
Carroll, Warden Patrick Ryan,,         :
Supervisor Treatment Services Colleen
Shotzberger.                           :

    Defendants

                    I.    Jurisdiction and Venue

1.      This is a civil action authorized by 42 U.S.C. section 1983 to redress the
        deprivation, under color of state law, of rights secured by the Constitution of
        the United States. The court has jurisdiction under 28 U.S.C. section 1331
        and 13 43 (A) (3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C.
        section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized
        by 28 U.S.C. section 2283 and 2284 and Rule 65 of the Federal Rules of Civil
        Procedure.
2.      The District of Delaware is an appropriate venue under 28 U.S.C.
        section 1391 (B) (2) because it is where the events giving rise to this claim
        declared.

                    II.    Plaintiffs

3.      Plaintiff, Lakisha L. Short, is and was at all times mentioned herein a
        prisoner of the State of Delaware in the custody of the Delaware Department
        of Corrections. She is currently confined in Delores J. Baylor Women's
        Correctional Institution, in New Castle Delaware.

### III.    Defendants

4.    Defendant, Carl Danberg is the commissioner of the State of Delaware. He is legally responsible for the overall operation of the department and each institution under its jurisdiction, including Delores J. Baylor Women's Correctional Institution.

5.    Defendant, Thomas Carroll is the Deputy Commissioner of the State of Delaware. He is legally responsible for the overall operation of the department and each institution under its jurisdiction, including Delores J. Baylor Women's Correctional Institution.

6.    Defendant, Patrick Ryan is the Warden of Deloris J. Baylor Women's Correctional Institution. He is responsible for the operation of Delores J. Baylor Women's Correctional Institution and for the welfare of all inmates of that prison.

7.    Defendant, Colleen Shotzberger is a Supervisor of treatment Services who, at all times mentioned in this complaint held rank and was assigned to Delores J. Baylor Women's Correctional Institution.

8.    Each defendant is sued individually and in his of her official capacity. At all times mentioned in this complaint each defendant acted under the color of State Law.

### IV.    Facts

9.    Upon information and belief at all times relevant to this action, all defendants maintained an official but unwritten policy and practiced of racial and sexual orientation discrimination in housing, job assignment and protocol for discipline at Delores J. Baylor Women's Correctional Institution. The forms of discrimination executed are individualized, overt and cohort. Defendants housing plaintiff in high security units (unit 8 maximum), denied employment and used cruel and unusual punishment. There have been numerous letters and grievances files with defendants addressing the discrimination against plaintiff. Often plaintiff would receive separate guidelines for being housed on unit amongst inmates with same status. Defendants refused to address issues resulting in decision.

10.    Upon information and belief all incidents involving inmate Pepe, Pepe always displayed as victim and accommodated shorter sanction, better housing and employment. After being sentenced on 4/23/2004, was given an initial review. Approved to continue being housed on unit 8, there was no reason provided. Plaintiff supposed to be reviewed in 90 days, however, immediately following the transfer of inmate Jennifer Pepe to housing Unit 6, Short was transferred to housing Unit 5. Approximately 45 days after initial classification. (Exhibit A) Denied employment outside of unit while inmate Pepe volunteered and later hired in education. Incidents involving other inmates M. Camper, F. Swan and A. Young prove to show more evidence of

discrimination toward plaintiff. Defendants Ryan and Shotzberger approved decision made through classification MDT board.

11.    Upon information and belief, defendants Ryan and Shotzberger approved a denial for request to obtain the job position of Chaplain's clerk on 3/10/2005. A position in which Short occupied for over a year voluntarily, under the knowledge of defendants. Short felt compelled to change appearance to even be considered seriously. (Exhibits B & C)

Short latter advised by Chaplain Earle only allowed volunteering when supervised by Chaplain. Rumors surfaces regarding activity between inmates Short and Termice Thompkins, prior Chaplain clerk. Other religious practices are permitted to congregate with known participants involved in homosexual tendencies. Muslims Donial Fayson, Cameana Cephas; Catholics Carol Albenese, Jennifer Pepe.

12.    Upon information and belief after speaking to Christine Earle, official employed at Delaware Center of Justice was advised to write grievance after explaining no response from assigned unit counselor, Ms. Mazzeo and repeated classification request, requesting information able the eligibility of obtaining employment and also to be transferred to Unit 6 the Harbor House. A Unit directed towards Mental Health. (Exhibit F) Under the impression Unit 6 would/should be included in the requirements approved by the defendants, considering they offer no other form of Mental Health groups, long-termers. (Exhibit A)

13.    Upon information and belief, an incident on 2/16/2006 involving plaintiff and inmate Jan White, Short was placed on pre-hearing detention sanction lasting for 4 days. Attempted to remove plaintiff from sanction on 2/20/2006 provided plaintiff returned to housing Unit 6. Plaintiff refused and remained in solitary (Exhibit D PG 3 of 3). It is believed that plaintiff was unable to be transferred to housing Unit 5, due to the fact inmate Jennifer Pepe was housed on that unit.

On 2/23/2006 Short was placed on Administrative Segregation due to the plaintiff refusing to move out of isolation cell. Expressed on several occasions the concerns of lack of progression throughout institution. Believed to have been housed in the best condition concerning no development. Plaintiff often corresponded with officer Endres (officer placed on Unit 6) through letters and poems written during sanction as proof of mental state. (Exhibits H-J)

After approximately 45 days being housed on Administrative Segregation plaintiff agreed to be removed from sanction under certain stipulations. (Exhibit K)

On direct appeal expressed concerns about different treatment of both plaintiff and inmate White who were placed on same status. Appeal has been left dormant. (Exhibit L)

On 4/20/2006 plaintiff Short was approved to be housed on housing Unit 5 by defendants overriding request, evidence provided that the MDT classification rules applies to those inmates on an individual request. Inmate Pepe transferred to housing Unit 6. (Exhibit M)

14.       Upon information and belief on several occasions defendants Ryan and
Shotzberger were addressed concerning the lack of concern for rehabilitation
of plaintiff, the expression of mental capabilities of better handling current
status. Letters receiving no response attempted to reach out to other staff
members as well to no avail. (Exhibits N-T)

15.       Upon information and belief defendants Ryan and Shotzberger removed
plaintiff from job placement in the kitchen concerning alleged incident on
2/1/2007 involving inmate Adrian Young. (Exhibit U)
After review of the incident (Report from Officer William Alcazar witnessing
incident) defendant Shotzberger approved reinstatement to job placement in
kitchen.
          Plaintiff Short returned to work on 2/ 2007. After being witnessed in
hall operating under job function, paperwork was faxed to Director Walker of
kitchen informing that Shot is rescinded due to the fact awaiting Wardens
approval. (Relayed by Director Walker)
          Defendant Ryan received letter concerning issue. (Exhibit V)  Received
no response.
          Plaintiff spoke with defendant Ryan in the main hall in reference to
removal out of the kitchen and he stated, "It was in the kitchen's hands."  On
2/1/2007 any inmates who were known to have any close encounter with
plaintiff were transferred to another unit. Some resulted in high security units
(J. Dillon and C. Ramirez). Reasons given "points being too high to remain in
medium security units." From 2/1/2007 to approximately 3/5/2007 points
remained high until plaintiff was transferred to unit 8 (classified to *).
Inmates Pepe and White were transferred to lower security units (unit 9).

16.       Upon information and belief after becoming employed, plaintiff
assumed responsibility for payments of a correspondence course at Ashworth
College.
          Plaintiff enrolled into the courses after being offered no other
opportunity to advance in education.  Plaintiff expressed concern of inability
of continuing to pay for course/during meeting resulting in being re-instated
by defendant Shotzberger.
          The remainder of the bill is left dormant with few attempts to pay by
plaintiff mother Juanita Gill.
          Under contract plaintiff is faced with issues of breach of contract.

17.       Upon information and belief defendants Carroll, Ryan, and Shotzberger
agreed upon and approved an inner state transfer without the knowledge or
request of plaintiff. (Exhibit X)
          Defendants Ryan and Shotzberger received written notification from
plaintiff bringing forth the knowledge of the approval of transfer with hopes
of gaining insight and motive for such a harsh transaction (Exhibit Y) received
no response. Defendant Danberg received notification and copy of exhibits in
meeting with plaintiffs mother Juanita Gill, on 2/ /2007
          Defendant Danberg visited with plaintiff at Delores J. Baylor Women's
Correctional Institution approximately 2/ /2007. Danberg stated it would be

in best interest to get clean slate somewhere else and be brought back in a few years.

After transfer being confirmed by defendant Danberg, plaintiff attempted to prepare herself mentally; suffering form insomnia, depression and anxiety. Spoke with mental health Michael DiSalvo and Iris White and Staff Lt. Smith.

18.    Upon information and belief after a series of alleged events occurring on 3/5/2007, 3/10/2007, 4/ /2007, 5/19/2007 plaintiff is placed on he status of Twenty-Three & One.

Plaintiff received notification of alleged events on 3/15/2007, 3/10/2007, and 4/ /2007, however, received no actual hearing. Plaintiff placed on Administrative Segregation for alleged events on 5/19/2007 and 5/21/2007 later becoming a status of Twenty-Three & One. Received no notification of incidents or hearing resulting in status.

Plaintiff remains "only" inmate on status as of 1/11/2008. Defendants Ryan and Shotzberger as well as other members received concern of aforementioned requesting information, verbal and nonverbal. (Exhibit Z-AA)

Recent grievance filed on 1/8/2008 in reference to aforementioned. (Exhibit BB)

19.    Upon information and belief defendant Ryan denies Unit 8 ability to participate in any services or activities outside of the unit. Due to the fact unit declared behavioral unit.

During time outside of room plaintiff is denied adequate exercise. Recent grievance filed. (Exhibit CC)

Housed in stripped cell, plaintiff denied art supplies, in attempt to occupy time spent confined. Prior attempt to receive sketch paper provided by family member denied by defendant Ryan.

Inmate Linda Charbonough housed on death row accommodated with 13" television and installed antenna, able to receive crafts while confined for twenty-three hours.

Recent request submitted to defendant Ryan to receive supplies. (Exhibit DD)

20.    Upon information and belief defendant Ryan consistently ignores the constant demand for programming and activities, housing and employment for the inmates incarcerated for a long time at Delores J. Baylor Women's Correctional Institution.

Recently inmates have been sentenced for a period of time exceeding the limit for short-term. In the past four years at least six inmates have been sentenced for a term of at least ten+ years, (Short, Pepe, McDuffy, Campbell, Wyonnum, Rocenski) two of which do not posses a high school diploma and obtain employment (to name a few)

There are no programs or activities for those with a long term. Most employment opportunities occupied by those inmates with short term. Unit 3 Minimum housing Unit, for long-termers, occupied with inmates of different status.

W.     Exhaustion of Legal Remedies

21.     Plaintiff Lakisha Short used the prisoner grievance procedure available
at Delores J. Baylor Women's Correctional Institution to try and solve the
problem on 8/11/2005, 1/6/2008 and 1/8/2008. Plaintiff Lakisha Short
presented the facts relating to this complaint on 8/19/2005 and pending
plaintiff Lakisha Short was either sent a response saying the issue isn't
grievable or still awaiting a response.

VI.     Legal Claims

22.     Plaintiffs reallege and incorporate by reference paragraphs 1-21.
23.     The indifference in the discipline policy use of MDT classification and,
violated plaintiff Lakisha L. Short's rights and constituted freedom of
religious activity, racial discrimination, sexual orientation, due process, cruel
and unusual punishment under the first, fifth, eight and fourteenth amendment
to the united States Constitution.
24.     The plaintiff has no plain, adequate or complete remedy at law to
redress the wrongs described herein. Plaintiff has been and will continue to be
irreparably injured by the conduct of the defendants unless this court grants
the declaration and injunction relief which plaintiff seeks.

VII.     Prayer For Relief

    WHEREFORE, Plaintiff respectfully prays that this court enter
judgment granting plaintiffs:
25.     A declaration that the acts and omissions described herein violated
plaintiff's rights under the constitution and laws of the United States.
26.     A preliminary and permanent injunction ordering defendants Carl
Danberg, Thomas Carroll, Patrick Ryan, and Colleen Shotzberger prohibiting
defendants from engaging in policy and practice, in discriminating in the
housing and discipline of black lesbian prisoners at the Delores J. Baylor
Women's Correctional institution.
27.     Enter an order prohibiting defendants from engaging in policies and
practice, in discriminating the supervision of certain religious practices.
28.     Defendants develop housing, programming, and employment for
prisoners under long-term status.
29.     Defendants provide adequate exercise for all inmates, including those
on the Twenty-Three & One status.
30.     Defendants allow the prisoners to receive art supplies as long as
materials do not pose threat of security or unsafe environment.
31.     Aware nominal, compensatory and punitive damages to plaintiff for
financial and emotion harms, suffered by plaintiff as a result of being receded

and confined umder unlawful and unconstitutional conditions described herein
due to defendamts deliverance and callous indifference.

32.     A jury triial on all issues triable by jury.
33.     Plaintiff's cost in this suit and
34.     Order such other relief, as this court deems just, proper and equitable.


                                        Respectfully Submitted,



                                        Lakisha L. Short
                                        660 Baylor Blvd.
                                        New Castle, DE 19720


                        Verification


I have read the fforegoing complaint and hereby verify that the matters alleged
therein are true;, except as to matters alleged on information and belief, and as
to those, I believe them to be true.  I certify under penalty of perjury that the
foregoing is true and correct.


        Executed at New Castle, Delaware on 2/18/2008



                        Lakisha L. Short

EXHIT A

# BWCI MDT CLASSIFICATION

NAME: _Lafisha Short_   DATE: _4/28/04_   SBI: _343759_

HOUSING UNIT: _8_   ON THE ABOVE DATE THE MDT CONSIDERED YOU FOR:  ☑ INITIAL  ☐ REVIEW

**PROGRAMMING, EDUCATION, EMPLOYMENT:**   _Cont_

☐ LIFE SKILLS  ☐ COMPUTER CLASS (WORD, EXCEL, POWERPOINT, TYPING)  ☑ ACADEMICS (GED, HIGH SCHOOL)

☐ KEY BAYLOR  ☐ ALCOHOLICS ANON (AA)  ☐ DACOA  ☐ VICTIM SENSITIVITY  ☐ DEL MENTOR PROGRAM(PRC)

☐ PARENTING  ☐ REACH  ☐ READ ALOUD  ☐ PARENTS ANONYMOUS  ☐ VISITING MOMS PROGRAM

☐ THRESHOLDS  ☑ MENTAL HEALTH:  ☑ COUNSELING or  ☑ GROUPS (specify) _Longtermers_

☐ ADMIN WORKER  ☐ KITCHEN  ☑ OTHER EMPLOYMENT (SPECIFY): _Unit job_

**HOUSING UNIT :**   _Cont._

☐ UNIT 7 - Pre-Trial   ☑ UNIT 8 – Maximum   ☐ UNIT 5 - Medium   ☐ UNIT 9 - Medium

☐ UNIT 6 –The Harbor :   ☐ KEY Village (Unit 4) :   ☐ UNIT 3 (A & D Pods) - Minimum
☐ Medium  ☐ Minimum       ☐ Medium  ☐ Minimum

☐ UNIT 3 (B Pod) - Short-termers *Honor* Pod (Minimum)   ☐ UNIT 3 (C Pod) - Long-termers *Honor* Pod (Minimum)

**COMMUNITY CORRECTIONS:**

☐ WORK RELEASE  ___Plummer ___Sussex ___MCC  ☐ WORK RELEASE WITH CREST  ☐ IWA BUILDING WORKER

**OTHER:**

☐ TIS SENTENCE MODIFICATION  ☐ PRE-PAROLE CONSIDERATION  ☐ PARDONS BOARD  ☐ BOOT CAMP

```
THE MDT DECISION IS TO:

✓ Approve  ____ Not Approve  ____ Recommend Approval  ____ Not Recommend Approval

____ Defer  ____ No Action  ____ No Objection (LV 4 or Detentioner)  ____ Objection (LV4 or Det.)

                    VOTE: _4_ -- _0_
```

**REASON :**                                              \* Review in 90 days
( ) Serious nature of your offense
( ) Your unsatisfactory/questionable institutional adjustment
( ) Your lack of program participation
( ) Your prior failure under supervision
( ) The lack of evidence that you have addressed your problems in a serious, mature manner.
( ) The time remaining on your sentence
( ) You are not eligible due to policy/statue
( ) This does not meet your program needs at this time
( ) Your need for gradual phasing
( ) You are already employed in one institution job.
( ) Other _____                          STRD: 3/30/53

REMARKS: _2 cts. PFDCF and Robbery 1st - 55 yrs. (10 yrs._
_mandatory - STRD: 9/10/2013)_

_J. Kuneh, MA_                              _Patrick J. Ry—_
     **MDT CHAIRPERSON**                        **WARDEN/IBCC CHAIRPERSON**

Cc: Institution File
    Resident

## SWCI MDT CLASSIFICATION

*EXHIBIT B*

NAME: Latisha Short    HOUSING UNIT: 5    DATE: 3-10-05    SBI: 343759

ON THE ABOVE DATE THE MDT CONSIDERED YOU FOR:  ☐ INITIAL   ☑ REVIEW

**PROGRAMMING, EDUCATION, EMPLOYMENT:**

☐ LIFE SKILLS  ☐ COMPUTER CLASS (WORD, EXCEL, POWERPOINT, TYPING)  ☐ ACADEMICS (GED/HIGH SCHOOL)  ☐ COLLEGE COURSES

☐ ALCOHOLICS ANON (AA)  ☐ ALTERNATIVES TO VIOLENCE (AVP)  ☐ DACOA  ☐ DEIP  ☐ DEL MENTOR PROGRAM(PRC)

☐ THRESHOLDS  ☐ PARENTING  ☐ REACH  ☐ BIG BROTHERS/SISTERS  ☐ READ ALOUD  ☐ PARENTS ANON.  ☐ VISITING MOMS

☐ MENTAL HEALTH: ☐ Counseling  or  ☐ Groups (specify)_____  ☐ MISC. PROGRAMMING: _____

☐ KEY VILLAGE PROGRAM  ☐ ADMIN WORKER  ☐ KITCHEN  ☑ OTHER EMPLOYMENT (SPECIFY): Chaplain Clerk

**HOUSING UNIT :**

☐ UNIT 7 - Pre-Trial    ☐ UNIT 8 - Maximum    ☐ UNIT 5 - Medium    ☐ UNIT 9 - Medium

☐ UNIT 6 - The Harbor :    ☐ KEY Village (Unit 4) :    ☐ UNIT 3 (A & D Pods) - Minimum
  ☐ Medium ☐ Minimum      ☐ Medium ☐ Minimum

☐ UNIT 3 (B Pod) - Short-termers *Honor* Pod (Minimum)    ☐ UNIT 3 (C Pod) - Long-termers *Honor* Pod (Minimum)

**COMMUNITY CORRECTIONS:**

☐ WORK RELEASE : ___Plummer ___Sussex ___MCC    ☐ WORK RELEASE WITH CREST    ☐ IWA BUILDING WORKER

**OTHER:**

☐ TIS SENTENCE MODIFICATION    ☐ PRE-PAROLE CONSIDERATION    ☐ PARDONS BOARD    ☐ BOOT CAMP

**THE MDT DECISION IS TO:**

____ Approve    X Not Approve    ____ Recommend Approval    ____ Not Recommend Approval

____ Defer    ____ No Action    ____ No Objection (LV 4 or Detentioner)    ____ Objection (LV4 or Det.)

VOTE: 2 - 0

**REASON:**
(X) Serious nature of your offense
( ) Your unsatisfactory/questionable institutional adjustment
( ) Your lack of program participation
( ) Your prior failure under supervision
( ) The lack of evidence that you have addressed your problems in a serious, mature manner.
(X) The time remaining on your sentence
( ) You are not eligible due to policy/statute
( ) This does not meet your program needs at this time
( ) Your need for gradual phasing
( ) You are already employed in one institution job.
( ) Other

**REMARKS:** _____

_Colleen Shellman_    _Betsy J. Ryan_
MDT CHAIRPERSON          WARDEN / ISCC CHAIRPERSON

Cc: Records
    Resident

EXHIBIT
C

EXHIBIT
D
Pg 1 of 3



EXHiBiT
D

PG 2 OF 3





**BWCI Baylor Women's Correctional Institution**
**660 Baylor Boulevard**
**NEW CASTLE DE, 19720**
**Phone No. 302-577-3004**

Date: 08/19/2005

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : SHORT, LAKISHA L | **SBI#** : 00343759 | **Institution** : BWCI |
| **Grievance #** : 16334 | **Grievance Date** : 08/11/2005 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status** : | **Inmate Status** : |
| **Grievance Type**: Job Issues | **Incident Date** : 08/11/2005 | **Incident Time** : 11:00 |
| **IGC** : Moore, Joseph | **Housing Location** : Building 5, Tier 2, RM 6282, Top | |

### IGC

**Medical Provider:**                    **Date Assigned**

**Comments**:

Classification is not grievable thru the inmate grievance process.

- ☐ **Forward to MGC**          ☐ **Warden Notified**

- ☐ **Forward to RGC**          **Date Forwarded to RGC/MGC** : 08/19/2005

- ☐ **Offender Signature Captured**    **Date Offender Signed**      :

EXHIBIT
E
Pg 1 OF 3

BWCI Baylor Women's Correctional Institution                    Date: 08/19/2005
660 Baylor Boulevard
NEW CASTLE DE, 19720
Phone No. 302-577-3004

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SHORT, LAKISHA L | SB# : 00343759 | Institution : BWCI |
| Grievance # : 16334 | Grievance Date : 08/11/2005 | Category : Individual |
| Status : Non Grievable | Resolution Status: | Inmate Status : |
| Grievance Type: Job Issues | Incident Date : 08/11/2005 | Incident Time : 11:00 |
| IGC : Moore, Joseph | Housing Location Building 5, Tier 2, RM 6282, Top | |

### INFORMAL RESOLUTION

EXHIBIT
E
pg 2 of 3

Offender's Signature:_____

Date            :_____

Witness (Officer)    :_____

**BWCI Baylor Women's Correctional Institution**
**660 Baylor Boulevard**
**NEW CASTLE DE, 19720**
**Phone No. 302-577-3004**

Date: 08/19/2005

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Offender Name : SHORT, LAKISHA L | | SBI# | : 00343759 | Institution | : BWCI |
| Grievance # | : 16334 | Grievance Date | : 08/11/2005 | Category | : Individual |
| Status | : Non Grievable | Resolution Status : | | Resol. Date | : |
| Grievance Type: Job Issues | | Incident Date | : 08/11/2005 | Incident Time : 11:00 | |
| IGC | : Moore, Joseph | Housing Location : Building 5, Tier 2, RM 6282, Top | | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I have written numerous classification slips requesting to obtain employment and to be moved to housing unit six. I have also written my counselor Ms. Mazzeo but have yet to receive a response as to yes or no and why.

**Remedy Requested**    : I wish to receive an answer and if unable to obtain an request to be given information as to when elligable.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To    : |
| Grievance Amount : | |

EXHIBIT
E
pg 3 of 3

13

## DELAWARE MENTOR PROGRAM

The Delaware Mentor Program (Phase I) offers 48-52 educational workshops, designed to help women take a look at their core issues, develop an understanding of how they made poor choices, set new goals for their lives and begin to acquire the values, knowledge and skills required to become productive members of the community.

Graduates of the Phase I Program receive certificates upon successful completion of this twelve-week program.

In addition, the Delaware Mentor Program offers group meetings, referrals, and one-on-one mentoring at DJBWCI, Plummer Community Center, and Sussex Work Release Center.

### MENTAL HEALTH

Mental health services are provided by an independent medical service provider. DJBWCI has a duty qualified mental health professional assigned to the institution. This person provides both individual and group counseling.

Individual appointments are scheduled via written requests from residents. When necessary, this contractor does psychological evaluations for classification purposes.

Group meetings are once a week for 29 weeks and participants are given certificates upon successful completion.

### THE HARBOR

The Harbor Program is located in Unit 6 to help residents with special needs and challenges. Those special needs residents will get individualized services while housed at the Harbor. Classification will make the final determination as to the participants in the program.

### HORTICULTURE

Horticulture is a seasonal job in which classified residents learn about the planting, and gardening of various fruits and vegetables. Space is limited. In order to be considered, send your requests to classification.

EXHIBIT
F

---

## SECURITY

Our security staff are here to help you, as well as provide for the order and safety of the institution. To accomplish this, correctional officers need to perform routine headcounts, searches, shakedowns, lockdowns, and other functions. Your responsibility is to cooperate and follow the orders and instructions given by correctional staff.

## TELEPHONE CALLS

1. Upon entrance into the institution, you may be permitted to make one phone call.
2. You are asked to complete a form and list the names, addresses, and telephone numbers of 10 people who you can call collect.
3. The telephones in your unit are on the same times everyday (10:00 am until 3:00 pm and 6:00 pm until 10:00 p.m).
4. You are permitted to make up to three 15 minute phone calls a day.
5. According to BWCI Policy 7.51, if a No Contact Order prevails, you are not allowed to contact that individual via telephone.
6. Collect calls can be made from your housing unit. When placing a call enter your SBI number.
7. It is your responsibility to find individuals who will accept collect calls.
8. Your counselor or the law librarian will only assist in making appropriate phone calls to state or professional organizations. (See Sections on Law Library and Institutional Counselors)
9. Do not request personal calls from any staff. Emergencies are reviewed on a case by case basis.
10. Internal Affairs can be reached on 1-800-384-9667.
11. Any changes to your original telephone list will be made during the first two weeks of March, June, September, and December or at the discretion of the telephone monitor.

## LAW LIBRARY

The Law Library is open Monday through Friday (except on state holidays). The Law Library provides the following services for residents of BWCI.

Assistance with legal research, typing, copying, Family Court matters, (visitation, custody, guardianship, etc.), and legal phone calls to Public Defender/Private Attorney.

Personal calls will not be permitted from the Law Library.

If you need to make a Law Library appointment, you must sign your full name on the scheduling sheet in your unit. In addition to your name, provide the reason(s) for making the appointment. Failure to do so will result in the loss of your appointment for that day.

JIM.
Copy.

EXHIBIT
6

## NOTICE OF ADMINISTRATIVE TRANSFER

DATE: 2/23/06

TO:   Inmate _Lakesha Short_         I. D. NO.: 00343759

The undersigned believes that your behavior and/or attitude may warrant confinement to a more restrictive setting.   Consequently, you are hereby administratively transferred to the following Unit _Isolation Cell #5102_ pending completion of an investigation, disposition of pending charges, and/or reclassification.
Refusal to Move to cell # 5110 out of Isolation

_S/Lt J/Smith_
WATCH COMMANDER

HOLDING MY HEAD DOWN IN SHAME
~~BECAUSE~~ I HAVE NO ONE TO BLAME
THE RESULES AND SCILL THE SAME
I HAVE SELF INFLICTED THIS PAIN
DRIVING MYSELF INSAIN
BECAUSE TO EVERYONE THIS IS WHERE WILL ALWAYS REMAIN
THE ~~STATE~~ PERSON WHO WALKED IN
THE DOOR

cc:   HEARING OFFICER
      TRANSFER OFFICER
      SENDING UNIT
      SECURITY CHIEF

FORM# 222

EXHIBIT #

#1

I HAVE US TO SEE WHY I CAN FEEL
NO, THIS ... IT CAN BE
PLACE I KNOW THAT I'VE SEEN IT BEFORE
THIS ... ... ...
STANDING BEHIND THIS COLD METAL DOOR

#2

LISTEN, DO YOU HEAR THAT SOUND
QUITE AS IF NO ONES AROUND

I YELLED & SCREAMED ALL NIGHT LONG
BUT IT IS LIKE MY VOICE BOX IS GONE

WHAT HAPPENED TO ALL THE WHO HAD
MY INTERESTS AT HEART
I'VE SHOULD HAVE KNOWN THEY WERE
LYING FROM THE START,

AMATOR, OFFICIAL, EVEN OUTSIDE MEMBERS
... ... STILL ... REMEMBER

#3

WAIT FOR WHAT; HOW LONG
2½ YEARS, ... STILL SINGING THE SAME SONG

NOW I'VE TAKEN ALL I CAN TAKE
& I'M SICK OF HEARING "KSHA, BUT WAIT!

FRUSTRATED; NOW I'M STRESSED
NOT BEING ABLE TO DEAL WITH THE ANGER
I'VE SUPPRESSED
WHICH HAS CAUSED ME TO BECOME
DEPRESSED
DEPRESSED
& NOW I HAVE ...
BACK TO ... OR THINKING

THEY TREAT MY LIKE AN ANIMAL
LOCKED IN A CAGE

& WONDER WHY I'M SO FULL OF RAGE
WHY ARE YOU ACTING LIKE THIS?"
& ALL I CAN DO IS SIT & WISH
THEY WILL LEAVE ME ALONE SO I
CAN DO MY TIME
INSTEAD OF PLAYING ... GAMES
WITH MY MIND

#6

& HAVE TO LIE DOWN MY HEADS STARTING
TO HURT.

& I REFUSE TO LEAVE WILL THAT WORK

LET ME SIT DOWN A MINUTE TO
& THINK ...
ARE MY EYES OPEN SO TRUE
AN ... ...
& STARTED TO BLINK
I HAVE TO

I HAVE TO TAKE A SECOND
TO BREATHE
I WAS ON THE RIGHT
TRACK, WHY DIDN'T I
SUCCEED?!

#5

SWICH

I MUST BE ON A BATTLE SHIP & FEEL
MYSELF SINKING

#4

THE SACRIFICES I MAKE

I MIGHT AS WELL BE LOCKED
DOWN AS IF I WENT ON DEATH ROW

DEPENDENT ON NOONE ELSE TO
HOLD ME CROWN
... TO HAVE FAITH IN
... GOD,"
HE HAS A PLAN "

THEN WHY AM I SO
EASILY JUDGED BY MAN

AT LEAST BACK HERE I KNOW
NOTHING WILL CHANGE

FROM MY MEAL TIME TO MY
SHOWERS THATS ALREADY
ARRANGED

ALL I WANTED WAS TO BE
GIVEN A CHANCE

& GO TO SCHOOL & HAVE A JOB
& BE ABLE TO ADVANCE

EACH OPPURTUNITY I'M
SOMEHOW LOOKED OVER
WHICH I DONT UNDERSTAND
WHEN THEY STAND TO MY
SHOULDER

GETTING AN EXPLANATION IS
LIKE PULLING TEETH
NO NEED TO WRITE LETTERS
BECAUSE THEIR OUT OF REACH

IF YOU HAPPEN TO SEE THEM
IN THE HALL
THEY ACT AS IF THINGS ARE
MOVING, THERE ON A BALL

ITS ALWAYS UP TO THIS ONE
OR THAT ONE
KNOWING THAT THEY HAVEN'T DONE

ANYTHING THATS GOING TO HELP ME OUT
YOU SEE WHY I STARTED ON THIS ROUTE
SAYING ALL THE RIGHT WORDS THATS SOOTHING
SO I WILL STOP ASKING? & KEEP IT MOVING

THEY THINK ISO WAS PUNISHING ME
WHEN THIS IS WHERE I WANTED TO BE
...

COPY COVER

EACH DAY IS GETTING LONGER
HARDER FOR ME TO EAT

EACH NIGHT EVEN LONGER
HARDER & HARDER FOR ME TO SLEEP

MY MIND IS HAVING A STRUGGLE
BETWEEN RIGHT & WRONG

LOSING ALL HOPE OF POSSIBLY
EVER GOING HOME

I'M STARING CLOSE AT THESE
~~THESE~~, PALE COLORED WALLS

EVEN IN THE CONSTRUCTION
YOU CAN SEE ITS FLAWS

THIS INSTITUTION WAS DESIGN
TO REHABILITATE

& THEY CREATE THESE DIFFERENT PROGRAMS
~~PROGRAMS~~ JUST TO COMPENSATE.

~~EVEN THE HALLORS HAVE THEIR~~
~~NUMBERS~~

IS THERE EVER AN END ROUTE
TO THIS VISIOUS ~~CYCLE~~

SOMETHING TO GIVE ME HOPE
& STOP PREVENTING RELIEF

THERE WAS A POINT IN TIME
WHERE, I COULD HOLD MY HEAD HIGH
BUT NOW WHEN I ASK QUESTIONS
ALL I GET IS A LIE

EVERY DAY I HAVE TO FIND A REASON
JUST TO WAKE UP

BECAUSE I KNOW WHEN I DO
I FOREVER REMAIN STUCK

WITH MY ~~BACK~~ BACK PINNED
UP AGAINST THE WALL

FOR THE LONGEST TIME
IT IS, THE REASON I DIDN'T CALL

NOW I'M BACK
WHERE, I DIDN'T WANT TO BE
BUT FROM DOWN HERE
IT GIVES ME BETTER ANGLE TO SEE

THAT NOT EVERY BODY
HAS THE SAME GOALS

SO IN ORDER FOR ME TO GET
THERE, ~~I~~ MIGHT HAVE TO TAKE
A DIFFERENT ROAD

IT SOUNDS SO MUCH EASIER
SAID THEN DONE
TO THEM I'VE ALREADY GIVEN UP
& THEY'VE WON

THEY TREAT ME LIKE
THIS IS AS GOOD AS IT GETS
REFUSING TO GIVE ME
ANYTHING
MAKING IT EASY FOR ME TO QUIT.

MONTH AFTER MONTH
ITS THE SAME ROUTINE
DOING WHAT I HAVE TO DO
TO KEEP MY FILE CLEAN

IT DOESN'T MAKE A DIFFERENCE
BECAUSE I ALREADY HAVE
A LABEL

PASSING JUDGEMENT ~~SAME~~
WITHOUT, ~~EVEN~~ KNOWING, ALL
THE CARDS ON THE TABLE.

EVERY DAY A HOUR ~~OF~~
~~SAYS~~, "DONT GIVE UP"

BUT PUT YOURSELF IN MY SHOES
TO SEE WHAT I SEE & WHEN I LOOK UP

SURROUNDED BY THOSE
~~CONCRETE~~ WALLS

STANDING HIGHER THAN ME & I
I'S ALMOST 6 FT TALL
FEELING LIKE THIS IS IT
NO WHERE TO ~~EVEN~~ RUN

& ALL BECAUSE I DECIDED
TO PICK UP A GUN.

MY BEST WRITING COMES OUT
THROUGH PAIN

IS IT THROUGH PAIN THAT
OTHERS HAVE A CHANCE TO GAIN

KNOWLEDGE TO BETTER UNDSTAND
THE THINGS I'VE BEEN THROUGH
TEACHING THEM WHAT NOT TO
DO

MISTAKES UP UNTIL NOW THAT
MOMENT BASICLY CONNECTED

TEST STRIKES THAT HAVE
MADE MY LIFE HECTIC

LEAVING ME TO RESORT
BACK TO PEN & PAPER

AFTER SPENDING MANY
NIGHTS TRYING TO FIGURE OUT
MY NEXT CAPER

REALIZING THAT MY PURPOSE
IS TO BE AN EXAMPLE

SENTENCED TO 55 YRS
WAS JUST A SAMPLE

THE STREETS NO LONGER
CAN PLAY A PART

SO NOW I'M REACHING
OUT TO YOU FROM MY HEART

CHANGE

IF I HELP ONE LIFE
THEN I'VE DONE WHAT
I SET OUT TO

A DOOR THAT SEEMS
TO BE PUT ON BY HORSES

ACTING AS IF THIS SELL
PLACE TO BE

I'VE BEEN STRIPPED
OF EVERYTHING INCLUDING
POWER & RESPECT

I WISH I HAD LISTENED
OR TOOK HEED

NOW USING MY TALENTS
TO GET THE THINGS THEY NEED

WAS THE KEY FOR
ME TO GET MHOME

BUT NOW I'M SITTING
IN JAIL INSTEAD.

CONSEQUENCE
OF A LIFE & A DECISION

HAVING NICE THINGS
& NOW THERE'S GONE

YOU MIGHT AS WELL
HANG FROM THE BRANCES

BUT YOU HAVE
THE OPPORTUNITY
THROUGH MY EYES
YOU SEE

YOU HAVE THE CHANCE
TO CHANGE

YOUR MIND BEFORE YOU
REGRET

I'M 25 NOW &
THATS HOW LONG
IT TOOK

FOR ME TO UNDERSTAND
THE KNOWLEDGE IN A
BOOK

NOW YOU CAN'T SAY
NO ONE TOLD YOU
THE TRUTH

BECAUSE
YOU HEARD IT FROM
ME & I'M LIVING
PROOF

I'VE DEALT WITH IT...

MY MOM MISSED MY
LIFE BECAUSE SHE WORKED
ALL THE TIME

IF IN JAIL FOR COMMITTING
MY FIRST CRIME

I'VE DEALT WITH IT...

~~AT NIGHT~~ LYIN IN BED AT NIGHT

WISHIN SHE WAS THERE

OR DURING THE DAY BEFORE
SCHOOL TO DO MY HAIR

I'VE DEALT WITH IT...

SHE ~~SENT ME~~ SENT ME AWAY TO
SOME GROUP HOME
IN A ROOM FULL OF
~~IT WAS BAD ENOUGH~~
~~PEOPLE & I STILL FELT ALONE~~
~~ALTHOUGH I FELT ALONE~~

I'VE DEALT WITH IT...

TEENAGER & FOR SOME REASON
I STILL PEED THE BED
~~NOTHING ES DRINKING AFTER 5:00~~ STILL AFTER CALLING ME NAMES

IT DIDN'T MATTER WHAT MY MOTHER
SAID

I'VE DEALT WITH IT...

MY SISTERS TREATED
LIKE I WAS AN OUTKAST

EVEN NOW, SO I STOPPED
WONDERING HOW LONG IT WOULD
LAST

I'VE DEALT WITH IT...

THE OLDEST I HAVENT SEEN
IN SO MANY YEARS

A VISIST IS OUT OF THE ?
SHE WOULD NEVER COME HERE

I'VE DEALT WITH IT...

I GUESS IT EVEN TOO
MUCH FOR HER TO WRITE

OR TO THINK ABOUT ME

---

THE YOUNGEST SHE'S COMING
SLOW,

BUT ITS GETTING HARDER NOW
BECAUSE SHE HAS A FAMILY OF HER
OWN

I'VE DEALT WITH IT...

I WOULDNT CARE IF SHE SENT
ME AN EMPTY ENVELODE

OR SOME WORDS OF ENCOURAGEMENT
JUST TO GIVE ME HOPE

I'VE DEALT WITH IT...
THOUGHT OF WANTING TO TAKE MY OWN
MAKING ~~MY~~ A ~~SH~~ THE ~~lyice~~ LIFE
~~I WOULD LAND~~
THAT IT PROBABLY WOULD HAD BE EASIER
THAN SHE ~~THAN CAN KEEP HAVING~~ BABIES
BUT ~~THIS IS GOOD MAN~~
IF I SLIT MY WRIST WITH A KNIFE
I'VE DEALT WITH IT...

MY FATHER HE WAS NEVER
THERE FROM THE START
& I ~~AM STILL TRYING~~ IT WAS HARD FOR ME
ROUCLUNESS FOR HIM IN MY HEART

I'M GAY
I USED
TO RUN UP TO
NO MAN

I'VE DEALT WITH IT...
MY EX CAUSING ME SO MUCH
PAIN

+ I GOT
OF TRYIN
LIKE PER
UNDER

ITS MY FAULT I KNOW I HAVE
NO ONE ELSE TO BLAME

WHEN I CALL
SHE PICKS UP THE
PHONE
STILL WORKING
THOUGHT SO I HAD
TO CATCH HER
TO CATCH HOME

SHE ALWAYS
TOOK PROMISE T
EVEN WHEN TO SA
NOTHING TELL
INCLUDING MY
JUST IN ORDER T
FOR TO LIVE

I'VE DEALT WITH IT...

MY SO-CALLED FRIENDS
TELLIN ME LIES

THERE NOT HERE, THERES NO
NEED TO ASK WHY 3 I

I'VE DEALT WITH IT...

BEING SO YOUNG & HAVING
A LOT OF TIME

IT TOLD BO
I'LL FIND A V
TO DO THIS ON
OWN DEALT
I'VE MADE U
I'LL CAUSE EVE
MURDER BO
ON BACK

I'VE DEALT WITH IT...

I UNDERSTAND THE REASON
& I'M FINE

I'VE DEALT WITH IT...

I'VE DEALT WITH IT...
SO I'M TELLING YOU, NOW YOU
KNOW.

I'VE DEALT WITH IT...
NOW LETS MOVE ON

I'VE DEALT WITH IT...
TIME IS OF AN ESSENCE
JUST LIKE THAT IT GONE

I'VE DEALT WITH IT...
BUT NOT UNTIL I'M READY
I STILL HAVE TO GROW

I'VE DEALT WITH IT...
I'VE BEEN LOCKED DOWN 45 DAYS
I'VE DEALT WITH IT...
THEY'VE TRIED TO MANIPULATE 100 DIFF WAY
I'VE DEALT WITH IT -
TIMES I'VE HAD LESS THAN THIS
I'VE DEALT WITH IT
NOPE MY T.V. RADIO I DON'T MISS

I'VE DEALT WITH IT
SOME MANY TIMES DISAPPOINTED
I'VE DEALT WITH IT
SO WHICH POINT DO YOU GET?!

I'VE DEALT WITH IT
¿ TO BE HONEST THE ONLY
REASON THAT I COULD
I'VE DEALT WITH IT...
BECAUSE SO MANY PEOPLE GAVE UP
ON ME ¿ NEVER THOUGHT THAT I WOULD

*EXHIBIT K*

# BAYLOR WOMEN'S CORRECTIONAL INSTITUTIO

## MEMORANDUM

**TO:** Unit 8 Officer
**FROM:** Captain Douglas Repetti
**RE:** Inmate Lakisha Short
**DATE:** March 30, 2006

Inmate Lakisha Short is to remain housed in Unit 8 under the following conditions.

1. Housed in cell 5212
2. Placed on escort status when leaving U-8
3. Must have recreation/meal time separate from Inmate Jan White
4. Removed from Administrative Segregation Status

Warden Ryan
D/W Martin
TA Shotzberger
(6) Supervisors

DR#
2004167

**BWCI Baylor Women's Correctional Institution**
660 Baylor Boulevard
New Castle, DE, 19720
Phone#: 302-577-3004
Date: 08/29/2006

## DISCIPLINARY HEARING APPEAL FORM

| | | |
|---|---|---|
| Inmate : Short, Lakisha L | SBI#:00343759 | Type: Class 1 |
| Institution: BWCI Baylor Women's Correctional Institution | Hearing Date: 08/25/2006 | Time: 18:55 |

### RE: DISCIPLINARY HEARING

You have the right to appeal the decision of the Hearing officer to the Commissioner of the Department of Correction, or his designee. Execution of any sanction imposed by the hearing officer shall be automatically stayed for Seventy-Two(72) hours immediately following the hearing **(UNLESS) YOU INDICATE ON THIS FORM THAT YOU DO NOT WANT** to appeal. If You do not file an appeal within seventy-two (72) hours, or if you indicate on this form that you do not want to appeal, the sanction shall be carried out immediately.

[X] Yes, I do want to appeal.    [] No, I do not want to appeal.

I want the decision of the Hearing Officer to be :

[X] Reversed, and/or    [] Remanded for further Proceedings.

My reasons for making this appeal are :

At the hearing with Captain Moore I agreed that my actions warranted some type of punishment . But for the reasons I feel the added seven days of isolation for a total of ten dats should be lessened. The incident took place approximately four months ago Since then I have been housed on unit 5, and have remained incident free.. I asked to be removed from unit 8, after the incident had happened I realized things had gotten out of control and the point I was trying to make was being blinded by my behavior. I have attempted to progress in the institution. I am currently involved in a computer course in education that requires my presence. I am no longer engaged in a relationship with inmate Jan White. Because the institution is attempting to keep both Jan White and I seperated, I am afraid that onced I am placed in isolation to finish my sanction Jan would be removed from the unit, in turn leaving me housed in unit 8. Mentally I don't beleive I am able to substain such punishment. The last time I was housed in isolation I had refussed to move I had lost hope and felt that this is the way things would remain. In every disciplinary action I have been involved in I always felt that I've been given a severe punishment or in other words the short end of the stick. For forty five days I was housed in isolation administrative segregation for refusing to move into a regular room on unit eight. The inmate listed abovewas placed on administrative seg. for refusing to move to another unit (unit 5). Although we were both on the same status, we were treated very differently. (A) She was in a regular room and I was in a isolation cell. (B) She hads all of her belongings (t.v. radio,arts& crafts, I was only had state issued blankats. (C) She was allowed to receive commisary & all other benefits as someone placed on the unit. I was told that I was unable to receive anything because of my status.

DATE: 08/29/2006    SIGNATURE: _____
                    Short, Lakisha L

To file this appeal,give it to Moore, Joseph

* The 72-hour time limit will run only while you are incarcerated.

EXHIBIT
L
PG 1 OF 3

8/29/06

APPEAL /                    EXHIBIT
                            L PG 2 OF 3

I'M WRITING AN APPEAL IN REFERENCE TO THE WRITE UP
REGARDING AN INCIDENT THAT TOOK PLACE IN UNIT 8. DISORDERLY
& THREATENING BEHAVIOR ———————. AT THE HEARING WITH
CAPT MOORE I AGREED THAT MY ACTIONS WARRANTED SOME
TYPE OF PUNISHMENT. BUT FOR THE REASONS I FEEL THE ADDED
SEVEN DAYS OF ISOLATION FOR A TOTAL OF TEN DAYS SHOULD BE
LESSONED

    ① THE INCIDENT TOOK PLACE APROX 4 MONTHS AGO
       SINCE THEN I HAVE BEEN HOUSED ON UNIT FIVE
       & HAS REMAINED INCIDENT PREE

    ② I ASKED TO BE REMOVED FROM UNIT 8
       AFTER THE INCIDENT HAD HAPPENED I REALIZED
       THINGS HAD GOTTEN OUT OF CONTROL & THE POINT
       I WAS TRYING TO MAKE WAS BEING BLINDED BY
       MY BEHAVIORS

    ③ I HAVE ATTEMPTED TO PROGRESS IN THE INSTITUTION
       Ⓐ I AM CURRENTLY INVOLVED IN A COMPUTER COURSE
         IN EDUCATION THAT REQUIRES MY PRESENCE"

       Ⓑ AM NO LONGER ENGAGED IN A RELATIONSHIP WITH
         INMATE JAN WHITE

       Ⓒ BECAUSE THE INSTITUTION IS ATTEMPTING TO KEEP
         BOTH JAN WHITE & I SEPARATED I AM AFRAID THAT
         ONCE I AM PLACED IN ISOLATION TO FINISH MY SANCTION
         JAN WOULD BE REMOVED FROM THE UNIT IN TURN
         LEAVING ME HOUSED IN UNIT 8

    ④ MENTALLY I DON'T BELIEVE I AM ABLE TO SUSTAIN SUCH
       PUNISHMENT
       THE LAST TIME I WAS HOUSED IN ISOLATION I HAD
       REFUSED TO MOVE BECAUSE I HAD LOST HOPE & FELT
       THAT THIS IS THE WAY THINGS WOULD REMAIN

       IN EVERY DISIPLINARY ACTION I HAVE BEEN INVOLVED
       IN I ALWAYS FELT THAT I'VE BEEN GIVEN A SEVERE
       PUNISHMENT OR IN OTHER WORDS THE SHORT END OF THE STICK.

FOR FORTY-FIVE DAYS I WAS HOUSED IN ISOLATION ON ADMINISTRATIVE
SEGREGATION FOR REFUSING TO MOVE INTO A REGULAR ROOM (ON UNIT 8)
THE INMATE LISTED ABOVE WAS PLACED ON ADMINISTRATIVE SEG FOR
REFUSING TO MOVE TO ANOTHER UNIT (UNIT 5) ALTHOUGH WE WERE BOTH

Disiplin———    D———————  ———————— Disalike

ON THE SAME STATUS WE WERE TREATED VERY DIFFERENTLY

① SHE WAS IN A REGULAR ROOM

I WAS IN A ISOLATION CELL

② SHE HAD ALL HER BELONGINGS
T.V, RADIO, PLUS ARTS & CRAFTS (CROCHET)

I HAD ONLY STATE ISSUED BLANKETS

③ ALLOWED TO RECIEVE COMMISSARY
& ALL OTHER BENEFITS AS SOMEONE
PLACED ON THE UNIT
LAW LIBRARY
COSMO

I WAS TOLD THAT I WAS UNABLE TO
RECIEVE ANYTHING BECAUSE OF MY STATUS

④ EVEN ONCE SHE WAS PLACED IN AN ISOLATION CELL
(BECAUSE MRS. LINDA HAD BEEN REMOVED FROM
DEATH ROOM) SHE WAS ALLOWED ALL OF THESE
THINGS WHILE HOUSED IN ISOLATION

AFTER WE WERE REMOVED FROM ADMIN SEG & BOTH WERE HOUSED ON
UNIT 8 & FORCED TO HAVE SEPARATE RECREATIONS THINGS DIDNT CHANGE
I FEEL THAT IN EVERY SITUATION I'M MADE OUT TO BE THE WORST AS I
ADMITTED AT THE HEARING I WAS IN THE WRONG & SHOULD BE PUNISHED
BUT AM HOPING THE PUNISHMENT COULD EITHER BE LESSONED OR CHANGED.
I AM WILLING TO REMAIN IN MY ROOM FOR ANY AMOUNT OF TIME I JUST
DONT WISH TO GO BACKWARDS EVEN IF IT IS FOR A SHORT PERIOD OF TIME.
ANYTHING IS SUBJECT TO HAPPEN. I DO CONSIDER THIS A PRIVILEGE TO BE
HOUSED ON THIS UNIT BUT I WISH TO PUT MY PAST BEHIND ME & MOVE
FORWARD.

EXHIBIT
L
PG 3 OF 3

## BWCI MDT CLASSIFICATION

EXHIBIT
M

NAME: hakisha Shod    HOUSING UNIT: **5**    DATE: 4·28·06    SBI: 343759

ON THE ABOVE DATE THE MDT CONSIDERED YOU FOR: ☐ INITIAL  ☑ REVIEW

### PROGRAMMING, EDUCATION, EMPLOYMENT:

☐ LIFE SKILLS  ☐ COMPUTERS (WORD, EXCEL, POWERPOINT, TYPING)  ☐ ACADEMICS (ABE / GED / H.S. DIPLOMA)  ☐ CULINARY ARTS / GARDEN

☐ COLLEGE COURSES  ☐ ALCOHOLICS ANON.(AA)  ☐ DACOA  ☐ GAMBLERS ANON.    DEL MENTOR PROGRAM: ☐ PRC ☐ DEIP  ☐ THRESHOLDS

☐ PARENTING  ☐ REACH  ☐ READ ALOUD  ☐ PARENTS ANON.   ☐ PRE-NATAL CLASS   ☐ ALTERNATIVES TO VIOLENCE (AVP): ☐ Basic ☐ Advanced

☒ MENTAL HEALTH: ☐ Counseling  or  ☐ Groups (specify)_____   ☐ MISC. PROGRAMMING: _____

☐ KEY VILLAGE PROGRAM    ☐ HARBOR PROGRAM        ☐ EMPLOYMENT (SPECIFY :: _____

### HOUSING UNIT :

☐ UNIT 7 - Pre-Trial        ☐ UNIT 8 - Maximum        ☒ UNIT 5 - Medium.        ☐ UNIT 9 - Medium

☐ UNIT 6 - The Harbor :   ☐ Medium ☐ Minimum            ☐ KEY Village (Unit 4) : ☐ Medium ☐ Minimum

☐ UNIT 3  (A & D Pods) - Minimum      ☐ UNIT 3 (B Pod) - *Honor* Pod  (Minimum)      ☐ UNIT 3 (C Pod) - *Honor* Pod (Minimum)

### COMMUNITY CORRECTIONS:

☐ WORK RELEASE :  ___ Plummer ___Sussex ___MCC      ☐ WORK RELEASE WITH CREST      ☐ IWA BUILDING WORKER
                 ___ New Castle County Work Release Center

### OTHER:

☐ TIS SENTENCE MODIFICATION      ☐ PRE-PAROLE CONSIDERATION      ☐ PARDONS BOARD      ☐ BOOT CAMP

---

**THE MDT DECISION IS TO:**

__✓__ Approve    _____ Not Approve    _____ Recommend Approval    _____ Not Recommend Approval

_____ Defer    _____ No Action    _____ No Objection (LV 4 or Detentioner)    _____ Objection (LV4 or Det.)

VOTE: 4 - 0

---

**REASON :**
( ) Serious nature of your offense
( ) Your unsatisfactory/questionable institutional adjustment
( ) Your lack of program participation
( ) Your prior failure under supervision
( ) The lack of evidence that you have addressed your problems in a serious, mature manner.
( ) The time remaining on your sentence
( ) You are not eligible due to policy/statue
( ) This does not meet your program needs at this time
( ) Your need for gradual phasing
( ) You are already employed in one institution job.
( ) Other ____  *Override request*

**REMARKS:** _____

MDT CHAIRPERSON                    WARDEN/BCC CHAIRPERSON

Cc: Records
    Resident

EXHIBIT
N        P9 1 OF 2

MS. MARTIN,

BRIEFLY ON 4/27 I SPOKE WITH YOU OVER THE TELEPHONE IN REFERENCE TO MY ISSUES & CONCERNS. DUE TO THE LACK OF TIME IT WAS ASKED OF ME TO PRESENT MY ISSUES & CONCERNS IN WRITING. LUCKILY FOR ME WRITING HAPPENS TO BE A STRONG AREA FOR ME. THROUGHOUT THIS LETTER IT IS HOPED TO GIVE BETTER UNDERSTANDING TO MY VIEWS ON DIFFERENT SUBJECT MATTERS. ALLOW ME TO BE THE FIRST TO ADMIT THAT MY RECENT ACTIONS HAS RAISED OTHER CONCERNS, BUT LETS BE HONEST WITH THE AMOUNT OF TIME REMAINING ON MY SENTENCE THAT CONCERN HAS BEEN A FACTOR FROM THE BEGINNING. THERE IS NO DENYING THAT PRIOR TO 9/13/03 I'VE HAD ANGER ISSUES BUT SENSE ~~THIS~~ DAY I WAS COMMITTED MY ANGER HAS SHIFTED IN A DIFFERENT MANOR. TO MY UNDERSTANDING THIS INSTITUTION IS DESIGNED TO REHABILITATE THE IMMATES WITH HOPES OF RETURNING THEM TO THE STREETS A DIFFERENT PERSON SO THEY DONT RETURN BEHIND ~~THESE~~ WALLS. IT IS UNDERSTANDABLE CONSIDERING MY CURRENT STATUS IT WOULD SEEM AS THOUGH I HAVE A LOT OF TIME. EVEN WITH THE LENGTHY SENTENCE NO WHERE IN THE SENTENCING DOES IT REFER TO ME NEVER BEING ABLE TO BE RELEASED FROM THIS INSTITUTION, SO WHY AM I BEING TREATED IN SUCH A MANNOR? IT HAS BEEN APROXIMATELY 2½ YEARS & I HAVE BEEN DENIED FOR VARIOUS ACTIVITIES INCLUDING EMPLOYMENT. IT IS OBVIOUS THAT THE PROGRAMS THIS INSTITUTION HAS TO OFFER ARE LIMITED, I HAVE ALREADY OBTAINED MY HIGH SCHOOL DIPLOMA, TAKEN SEVERAL COLLEGE & COMPUTER COURSES. I'VE ATTEMPTED TO EXTEND MY EDUCATION OUTSIDE OF HERE THROUGH CORRESPONDENCE COURSE, BUT ~~THROUGH~~ THE LACK OF FUNDING I AM UNABLE TO PAY FOR THE COURSES. I HAD ASKED FOR A JOB JUST FOR THIS REASON & I WAS GIVEN NO RESPONSE I'VE APPLIED FOR DIFFERENT ~~JOBS~~ & HAVE BEEN DENIED FOR VARIOUS REASONS. RECENTLY I WAS INTERVIEWED FOR THE SECRETARY OF CPT R. I MUST ADMIT HAVING THAT INTERVIEW ALLOWED ME FOR A SHORT PERIOD TO HAVE HOPE THAT MAYBE AFTER ALL I HAD ENDURED

THROUGHOUT MY TIME HERE, THAT MAYBE THIS WAS MY TIME TO EXCEL TO BE QUICKLY SHOT DOWN WITHOUT AN EXPLAINATION. THIS INCIDENT ALONE HAS SET ME IN A STATE OF MIND OR RAGE. I'VE EXPRESSED MY OPINION ON THIS MATTER TO SEVERAL PEOPLE & THE RESULTS HAVE REMAINED THE SAME. YOU MUST UNDERSTAND DEALING WITH THIS OVER & OVER HAS LEFT ME EXTREMELY FRUSTRATED & ANGERED, ESPECIALLY WHEN I HAVE FELLOW INMATES IF NOT IN THE SAME SITUATION WORST BEING ABLE TO PROCEED & DEAL WITH THE THOUGHT OF HAVING TO BE HERE. IT IS OBVIOUS THAT I AM YOUNG WITH ISSUES, BUT ITS ALSO OBVIOUS THAT I HAVE TOO MUCH AMPLE TIME ON MY HANDS. WOULDN'T IT MAKE MORE SENSE FOR THE ONE WHO HAD A LOT OF TIME TO BE PREOCCUPIED WITH THE OPTION OF WORKING? ATTACHED YOU WILL FIND COPIES OF TWO POEMS THAT I WROTE WHILE I WAS HOUSED IN ISOLATION FOR A PERIOD OF TIME, THAT I USED TO PROTEST THAT I HAVE GONE THROUGH THE WORST OF IT & SOMETHING NEEDS TO CHANGE. I'M SURE THAT YOUR THINKING THAT YOU JUST DID ME A FAVOR BY ALLOWING ME TO BE HOUSED DOWN ON UNIT FIVE, BUT THAT JUST GIVES ME THE THOUGHT THAT YOU HAVE THE POWER TO OVERRIDE ITS JUST A MATTER OF WILL. I'M NOT PERFECT & I'M SURE NO MATTER HOW MUCH TIME I SPEND HERE I WILL NEVER BE, BUT THERE IS PROOF THAT I AM PRODUCTIVE IN A POSITIVE MANNOR GIVEN THE OPPURTUNITY. NO ONE CAN DENY THAT VOLUNTEERIN WITH CHAPLIN EARLE HASN'T LEFT A DIFFERENT OUTLOOK ON WHAT I 'M CAPABLE OF WITH RESPONSIBILITY. ONCE AGAIN I AM REACHING OUT FOR HELP. IT IS HOPE THAT YOU WILL BE ABLE TO SEE THE SENSENITY OF THIS LETTER & POEMS THAT YOU WILL BE ABLE TO ASSIST ME & POSSIBLE ANSWERING THE QUESTION IF NOT NOW, WHEN? I NEED SOMETHING TO LOOK FORWARD TO.

THANK YOU,

EXHIBIT
N    pg    of 2

~~DEAR~~ MR. DISALVO,                    EXHIBIT          7/26/06
                                              O             7130

FOR SOME REASON I FEEL THE NEED TO EXPRESS MYSELF ON PAPER, CONSIDER WORD OF MOUTH HAS GOTTEN ME NOWHERE. RECENTLY I SPOKE TO YOU ON TWO SUBJECT MATTERS, ONE CONCERNING AN INCIDENT THAT TOOK PLACE WITH MY ROOMMATE & TWO YOUR INVOLVEMENT OF MY PROGRESSING THROUGH THIS INSTITUTION. TO MY UNDERSTANDING AS OF 4/20/06 OTHERS, INCLUDING YOURSELF WERE TO WORK TOWARDS HELPING ME MOVE FORWARD. PRIOR TO THAT MEETING ON ABOVE DATE I PLACED IN SEVERAL REQUEST TO SEE YOU & SPOKE ON THE ISSUE; YOUR RESPONSE TO ME THAT "NO ONE WILL DO ANYTHING FOR ME, UNTIL I CAME OUT OF 8." SINCE THEN I HAVE BEEN REMOVED FROM 8 (WITH YOUR HELP) & I GREATLY APPRECIATE IT BUT ~~STILL THEN~~ I HAVE TAKEN NO STEPS IN ANY DIRECTION. I FEEL SO STAGNANT & FRUSTRATED THAT I AM REACHING MY HAND OUT FOR ASSISTANCE & IT SEEMS THAT MY PAST KEEPS COMING BACK TO SLAP ME IN THE FACE. MENTALLY I'M NOT CAPABLE OF HANDLING ANY-MORE DISAPPOINTMENT. I DON'T NEED TO BE REMINDED OF THE THINGS I'VE DONE BUT TO BE ENCOURAGED IN THE THINGS I CAN DO. I SO DESPARATELY WANT THE OPPORTUNITY TO PROVE THAT I MAY NOT BE WHOLE I NEED TO BE BUT I AM MOST DEFINATELY NOT WHOLE I WAS. LIKE YOU STATED SO CLEARLY I DON'T HAVE MANY ALLYS. I WOULD LIKE TO THINK I HAVE ONE IN YOU. I AM EVEN WILLING TO COMMIT TO ANY TYPE OF AGREEMENT ALLOWING ME ENOUGH ROPE TO HANG MYSELF. I JUST WANT A CHANCE. OPPORTUNITY.

YOUR TIME & EFFORT IS ALWAYS APPRECIATED. IT IS HOPED THAT YOU WILL ASSIST ME IN DOING SOMETHING NEW.

                                                    THANK YOU

MR. RYAN,

EXHIBIT
P

7/26/0

RECENTLY ON 7/5/06 I SPOKE WITH MS. MARTIN IN REFERENCE TO THE LETTER I WRITTEN IN REGARDS TO MY STATUS IN THE INSTITUTION. AMOUNGST ONE OF THE ~~DIRECTIONS~~ WAYS SHE DIRECTED ME SHE ~~ASKED~~ SUGGESTED THAT I SPEAK WITH YOU. I KNOW & UNDERSTAND THERE ARE A LOT OF CONCERNS WITH MY PAST BEHAVIORS. WITH ATTEMPTS TO PROCEED & PROCESS I WAS HOPING TO TAKE STEPS IN CHANGING MY FUTURE. I'VE NOT BEEN A MODOLED INMATE, BUT I HONESTLY BELIEVE THAT I DESERVE THE OPPURTUNITY TO PROVE THAT PEOPLE DO CHANGE. I FEEL LIKE I'M BEING HELD BACK NOT BECAUSE OF THE THINGS I WILL DO BUT I THE THINGS I HAVE DONE. I MUST ADMIT I HAVE A LOT OF ISSUES & TIME BUT ~~ANY~~ NO WHORE IN MY SENTENCE DOES IT STATES THAT I WILL BE ~~HERE~~ FOREVER, I HAVE APPEALS IN THE COURTS WITH HOPES THAT I WILL BE RELEASED SOONER. ALTHOUGH I HAVE BEEN HERE ADROSS THREE YEARS, I HAVE TO SAY THAT I WOULD BE THREATEN WITH THE THOUGHT OF RETURNING CONSIDERING I'VE DONE NOTHING SINCE I'VE BEEN HERE. I FEEL COMFORTABLE WITH MR. DISALVO & WE'VE ATTEMPTED TO DEAL WITH SOME MY ISSUES BUT THAT IS NOT ENOUGH. IT'S TO MY UNDERSTANDING THAT ONE CONCERN IS RELATIONSHIPS & ITS NO SECRET OF MY SEXUAL PREFERENCE BUT I BELIEVE WE CAN BOTH AGREE THAT I HAVE TOO MUCH AMPLE TIME WHICH ALLOWS ME TO GET INVOLVED INTO OTHER THINGS, ~~WHICH COULD LEAD ME~~ I GUESS IN SO MANY WORDS I'M ASKING TO BE GIVEN THE OPPURTUNITY TO OCCUPY MY MIND. I WOULD LIKE TO BE GIVEN AN INSTITUTION JOB WHICH IN TURN WILL ALLOW ME TO PAY FOR CORRESPONDANCE COURCES TO FURTHER MY EDUCATION.

I APPRECIATE THE TIME YOU'VE TAKEN FOR ME TO EXPRESS MYSELF & I WOULD APPRECIATE EVEN MORE ANY ~~EFFORT TAKEN~~ TO HELP RESOLVE MY ISSUE.

Mrs. SHOTZBOUGER,

EXHIBIT
Q
8/13/06

I'm WRITING BECAUSE RECENTLY I'VE RECIEVED SOME INFORMATION THAT BOTHERS ME. ENCLOSED ARE LETTERS THAT I HAVE WRITTEN TO IN CONCERN ABOUT MY STATUS OR PROGRESS IN THIS INSTICUTION. EVERYTIME I TRY & EXPRESS THESE CONCERNS VERBALLY THE PERSON I'm SPEAKING WITH PASSES THE BUCK AS AN EXCUSE TO WHY THEY CAN NOT DO ANYTHING. SEPTEMBER 13 2006 WILL BE THREE YEARS THAT I HAVE BEEN INCARCERATED & I BELIEVE THAT IT IS TIME TO DO SOMETHING DIFFERENT. HOPEFULLY THROUGH THESE LETTERS YOU WILL SEE THAT I HAVE MADE COUNTLESS EFFORTS TO PROGRESS & OTHER THAN THE SETBACKS THIS INSTITUTION IS THE REASON I'm STAGNANT. I DESERVE ENOUGH ROPE TO HANG MYSELF AS ITS BEEN PROVEN NUMEROUS TIMES NO ONES PERFECT & MAKE MISTAKES. PLEASE DON'T CONTINUE TO PUNISH ME FOR THE MISTAKES I'VE MADE.

ON ANOTHER MATTER I'VE EXPRESS ON NUMEROUS OCCASIONS TO MR. DISALVO THAT I WAS NOT INTERESTED IN GOING BACK TO UNIT SIX & WOULD NOT APPRECIATE BEING SURPRISED WITH A SUDDEN MOVE. THURSDAY 8/10/06 I WAS ASKED TO MOVE TO UNIT SIX BECAUSE OF CONCERNS OF ME BEING IN THE SAME QUARTERS AS ANOTHER INMATE (PEPE) BECAUSE I WAS UNWILLING TO GO I WAS PLACED ON ADMIN SEG. (PRESONALQUM) I FEEL THAT IVE BEEN I MADE HER COMPRY REGARDLESS THE SITUATION WITH INMATE(S) JENNIFER AS WELL AS JAN WHITE ARE DEAD. I BELIEVE THAT I HAVE MATURED ENOUGH TO HANDLE GO ON WITH MY DAILY ROUTINES & NOT HAVE CONFRONTATION. (BEING ESCORTED SHOULD NO LONGER BE AN ISSUE.) I'm UNDERSTAND THAT IN ANY RELATIONSHIP TRUST IS A MAJOR ISSUE I'm ASKING THAT YOU TRUST THAT I NO LONGER DESIRE TO PRESENT ANY SECURITY CONCERNS ALSO THAT I KAN HANDLE HAVE AN INSTITUTIONAL JOB.

THANK YOU

OCT 3

EXHIBIT
A pg 1of2

To whom it may concern,

I'm not exactly sure the purpose of your organization but considering that I feel that I have no where else to turn, I'm willing to write anyone with hopes that someone will not only listen but help. I have been incarcerated for approximately three years. During my time spent here I must admit I haven't been what one would call a modeled inmate. I know my behaviors have caused some certain concerns to be raised but as I had mentioned (to the people of authority") I need something to occupy my mind & time. I've written everyone from mental health, to classification including the deputy warden & even the warden. With writing them I have either been given false hope or no response at all. I been directed in so many directions & still have yet to recieve anything promising in helping me better my situation or attempts to change. I am completly frustrated with the thoughts of DJBWCI being a place of rehabilitation. April 2004 I was sentenced to a term of fifty-five years level five. I understand that is a lengthy sentence & it would be understandable if the length of my sentence was the issue but there are plenty of inmates who are either in my situation or worst that have been given the oppurtunity ~~to have something to occupy their mind~~ via education or employment. Considering the programs they have

EXHIBIT
R   Pg 2 of 2

ARE MORE FOCUSED TOWARD THE WOMEN WHO
ARE TRANSITIONING TO THE STREETS & I GRADUATED
& RECIEVED MY HIGH SCHOOL DIPLOMA IN 2004 THE
ONLY OPTION I HAVE IS TO OBTAIN A JOB. BECAUSE
I HAVE BEEN MISLEAD NUMEROUS TIMES AS TO
WHY I AM NOT EMPLOYED MY LETTERS WERE TO BOTH
UNDERSTAND & ACCEPT WHY & WHEN I COULD BE
EMPLOYED, GIVING ME SOMETHING TO LOOK FORWARD
TO.
SOUNDING AS DESPARATE AS I AM. IT IS HOPED THAT
SOMETHING COULD BE DONE TO RELIEVE THE EXTRA
STRESS I HAVE ENDURED. BEING STAGNANT. YOUR
TIME & EFFORT IS GREATLY APPRECIATED.

SENT TO COUNCIL ON CONN
& U.S.D.C CIVIL RIGHTS

Dear Mr Owen,                    EXHIBIT              Oct. 9
                                 $ pg 1 of 2

  I'm writing in regards to a conversation we (× Lakisha Short & Lily Jackson) had on the matters of the long termers group & some other activities. During our conversation you stated "you would let us know good or bad of the outcome after speaking to Mr. Disalvo" & we havent heard any response.

  Considering there is a lot going on through out the institution we have allowed some time, with hopes that you would help us out in this matter. If you don't mind me being a little straight forward. Speaking from experience I've had my share of open-ended promises for years. I've been praying that something or someone would come & change things around here. Speaking as an human, inmate, long termer & someone in need of a change I pray that that someone is you.

  With hopes to hear from you soon, I appreciate all that you have & will continue to do.

                                          Thank You

# PROPOSAL FOR LONGTERMERS

EXHIBIT
S pg 20.

Due to the growing number of women being sentenced to a gr amount of time, and the lack of programs and outreach, we feel that Long Termer's group would be beneficial. Women with a sentence of fifteen years or greater could meet & discuss (& matters) to better assist in their adjustment during incarceration. We feel the programs (life skills, PRC, etc.) are (or focused) towards the inmates who are being transitio to the streets, in sufficiant amount of time.

The importance & seriousiousness of the time spent while incarcenated be taken into consideration to better the rehabilation of the women.

It is thought that with the availability, the women under the status of being a "long tormer" could assemble once or twice a mouth. We realize in the past there has been a group already organized so under the same protocol this group will be established. We are uncertain as to why there is no longer such a group but hope things could change.

A group that I was classified to but no longer have available.

EXHIBIT
T.
pg 1 of 2    10/3

# Mrs SHOTZBERGER

I'VE TRIED & I'M STILL TRYING, BUT I FEEL LIKE I'VE TRAVELED DOWN SEVERAL ~~DIFFERENT DEAD~~ DEAD END ROADS. YOU EXPRESSED YOUR CONCERN WITH ME BEING HOPELESS BUT HAVE LEFT ME WITH NO OTHER EMOTION. I'VE BEEN PATIENT BECAUSE I REALIZE ~~THAT~~ I'M NOT THE ONLY INMATE IN HERE. I ALSO UNDERSTAND ~~THAT~~ SHORTNESS OF STAFF & TIME PER INMATE, BUT IN THE THREE YEARS I HAVE BEEN HERE I'M CERTAIN THAT MY DAY HAS BEEN PASSED UP. WHAT I DON'T UNDERSTAND IS WHY I CAN'T BE GIVEN A CHANCE. YOU HAVE INMATES THAT ~~HAVE~~ BEEN GIVEN CHANCES HUNG THEMSELVES & YET STILL HAVE BEEN CUT LOOSE. WHAT MAKES THEM SO DIFFERENT THAN ME?! I'M NOT A MODELED INMATE, GOT THAT LETS MOVE ON. CONCERNED ABOUT ME INGAGING IN HOMOSEXUAL RELATIONSHIPS, BUT YET I SIT ALL DAY AMOUNG THE WOMEN LEFT WITH ONLY THEM TO OCCUPY MY MIND'S TIME.

LETS BE REAL! IF YOUR NOT GOING TO GIVE ME A JOB OR DO ANYTHING TO HELP ME REHABILITATE MYSELF, TELL ME SO; SO I WONT BE HOLDING ONTO <u>FALSE HOPE</u>.

WHAT EVER HAPPEN TO THE ART SUPPLIES

EXHIBIT
T. P9 2 OF 2

DONT GET ME WRONG. I APPRECIATE ALL
THAT YOU HAVE DONE, BUT IF I WILL
EVER NEED HELP IN HERE THE TIME
WOULD BE NOW. TRUST ME WHEN I SAY
I COULD RESPECT IT IF YOU TOLD ME NO!
   HOPEING THAT YOU COULD RESPOND &
LET ME KNOW SOMETHING

                    THANKS!



# Delaware Department of Correction
## Bureau of Management Services
### Northern Satellite - Food Service

| | | |
|---|---|---|
| Delores J. Baylor Women's Correctional Institution 660 Baylor Boulevard New Castle, DE  19720 Phone. 577-3004 Ext. 1119 | Plummer Center 38 Todds Lane Wilmington, DE. 19802 Phone: 577-3039 | Webb Correctional Facility 200 Greenbank Road Wilmington, DE  19808 Phone: 995-6129 |

Emanuel E. Walker   Food Service Director I
Antrone M Dorsey   Food Service Supervisor
Eugene Scott   Food Service Supervisor

EXHIBIT
U

TO:      Lakisha Short  — unit 5
FROM:    Food Service Supervisor Wagner
DATE:    February 3, 2007
RE:      Termination

Ms. Short:

Due to the incident on 2/1/07 classification and Warden Ryan have removed you from the kitchen.

If you have any further questions please contact Warden Ryan or classification.

Sincerely,

*Food Service Supervisor Dext. Wagner*

cc: file

MR. RYAN                                    EXHIBIT                    2/18/07

FOR YEARS I BEGGED & PLEADED FOR THE OPPURTUNITY
TO OBTAIN EMPLOYMENT IN THIS INSTITUTION. I WROTE
MANY STAFF MEMBERS INCLUDING YOURSELF, EXPRESSING
HOW I WAS MORE THAN READY TO DO SOMETHING DIFFERENT.
UNDERSTANDING THAT MY ACTIONS OF MY PAST LEFT OTHERS
SECOND GUESSING MY ABILITY TO CONTROL MYSELF, BUT I
AM MORE THAN WILLING TO PROVE MY WORD TO BE
TRUE. IN APRIL OF LAST YEAR YOU MADE A DECISION TO
OVERRIDE ME BEING HOUSED IN 8, WHICH I AM COMPLETELY
GRATEFUL FOR; BUT SINCE THEN I TO MADE A DECISION
TO NOT ALLOW MY EMOTIONS TO OVERRIDE MY INTELLECT.
ON FEB 1ST YES AN INCIDENT OCCURED WHICH I
WAS INVOLVED WITH, I BELIEVE TO HAVE HANDLED TO THE
BEST OF MY ABILITY. I CALLED THE OFFICER IN ATTEMPTS
TO DEFUSE THE SITUATION AS QUICKLY AS IT FLARED, I'M CONFUSED
BECAUSE I FEEL AS THOUGH I'M BEING REPRIMANDED FOR
DOING THE RIGHT THING. I TRUELY ENJOYED MY JOB IN
THE KITCHEN & UNDERSTAND THAT IT IS YOUR DECISION AS
TO WHY I AM NOT IN THERE. I'M NOT COMPLETELY SURE
AS TO WHAT I CAN SAY OR DO TO HELP YOU UNDERSTAND
HOW MUCH THIS JOB MEANS TO ME, I AM
WILLING TO BE PLACED ON SOME TYPE OF PROBATIONARY
CONTRACT PERIOD.

IT IS HOPED THAT YOU WILL CONSIDER ALLOWING
ME TO RETURN TO THE KITCHEN, WITH CERTAINTY
THAT I WILL & AM CAPABLE OF CONTROLLING THE ONLY
THAT I CAN CONTROL, ME. EITHER WAY YOU DECIDE I WOULD
LIKE TO BE INFORMED, THE ANXIETY IS DRIVING ME CRAZY.

                                        SINCERELY

EXHIBIT W
pg 2 of 3



# Certificate of Enrollment

**Issued To:**

Iakisha Short
660 Baylor Blvd
New Castle, DE  19720-1140

**Issued By:**

Ashworth College

**Degree Program:**

Associate Degree Program in Marketing

**Date of Issue:**

10-20-2006

**Approved By:**

**Student Number:**

AC062673 3

CERTIFICATE OF ENROLLMENT  •  KEEP FOR YOUR RECORDS

# Ashworth College
**430 Technology Parkway**
**Norcross GA 30092**
**(800) 223-4542**

*EXHIBIT*
*W*
*pg 3 of 3*

August 21, 2007

75476 927
Student #: AC0626733

Lakisha Short
660 Baylor Blvd
New Castle DE 19720-1140

RE:    Student # AC0626733

Amount Past Due:    $107.00
Due Date: 09/20/2007

Dear Lakisha,

Your student account has been referred for my personal review and I
would like to assist you towards resolution of your account payment
delinquency.

Unfortunately, we have not been successful in our efforts to contact you
and mutually finalize the Total Past Due Payment.  As a direct result of
your on-going account delinquency, the matter is being considered for
referral to a Collection Agency servicing your area.

You are urged to contact this office direct within the next five days to
avoid any futher collection action.  We can accept your payment by
Credit Card or Check by calling us direct at: (800-871-2323) M-TH
8AM-10PM EST, Friday 8AM-9PM EST or Saturday 8AM-12 Noon.


Sincerely,

Collection Manager

COL 4



*EXHIBIT*
*X*

## STATE OF DELAWARE
## DEPARTMENT OF CORRECTION
## BUREAU OF PRISONS
### 245 McKEE ROAD
### DOVER, DELAWARE 19904

Institutional Release Classification Board

| | |
|---|---|
| **Name** | SHORT          LAKISHA |
| **Hearing Date** | 3/13/07   2/13/07 |
| **SBI Number** | 343759 |
| **Institution** | BWCI |
| **Request** | Interstate Compact Transfer |

| | |
|---|---|
| **Decision** | Rec Apr |
| **Vote** | 05-00 |
| **Remarks** | |

X  CONCUR        ———  VETO

_For the IRCB_

_Thomas L. Carrol_
_Actg_ Chief, Bureau of Prisons

cc: Records-white
   Classification-pink
   Inmate-yellow

Tuesday, February 13, 2007

EXHIBIT

2/22

Mrs. SHATZBER & WARDON RYAN Y

I RECIEVED IN THE MAIL NOTICE OF APPROVAL
FOR AN INTERSTATE TRANSFER. I WAS HOPING
THAT SOME LIGHT COULD BE SHED ON THIS
SITUATION AS TO WHY I'M BEING TRANFERRED
& WHO ~~PUT THIS TRANSFER IN~~ REQUESTED IT, CONSIDERING
THAT I NEVER MADE ANY REQUEST. ~~TO BE
TRANSFERRED~~. APPARENTLY THERE WAS A HEARING
ON 2/13/07 CONCERNING THIS MATTER & I WAS
COMPLETELY ANAWARE, & ~~UNHEARD~~
      I IS HOPED THAT I COULD ~~TALK~~ SPEAK TO SOMEONE
IN REFERENCE ~~THAT~~ THIS MATTER.

                              THANK YOU

EXHIBIT
Z  P9  1 OF 3
7/07

Dear Chief ~~Ap~~ Kearney,

Unfortunately I was unable to correspond with you during your visit earlier today. Due to that fact, I've decided to express my concerns on paper. A method which seems pointless around here. Certain situations have transpired that has left me full of questions with no answers. As stated to Com. Carl Danburg I am far from a modeled inmate mostly due to the lack of actual concern in rehabilitating inmates housed here at Delores J. Baylor Correctional institution. For years my compliant has been the same. No consistancy! lack of communication! Whether its with rules & regulations, dicipline, or communication amungst co-workers. Quite naturally as children do with parents, we as inmates emulate those in authority. Since we have been on the status of twenty-three & one there has not been a simple explanation as to why nonetheless day to day stability with the understanding as to how the unit is conducted. Climbing the chain of command all fingers point to Warden Ryan, a man who is only known in name as to be the one passing down orders. A method which seems to keep him in the clear of any blame considering his name

EX#13(?)

IS ONLY USED IN THEORERY. REFUSING TO EITHER PUT HIS NAME BEHIND ANY RULING PASSED DOWN OR TO BE SEEN IN PERSON TO SPEAK ON SUCH MATTERS. THE ACTIONS I CHOOSE MAY NOT BE THE CORRECT MANNER OF HANDLING SITUATIONS BUT SEEM TO BE THE MOST EFFECTIVE. I'M CERTAIN THAT AT THE MENTION OF MY NAME THOSE ARE QUICK TO MENTION MY BEHAVOIRS. BEHAVIORS AT TIMES WILL PROVE ME TO BE IN THE WRONG, BEHAVIORS THAT HAVE GIVEN ME SUCH A LABEL THAT NO MATTER THE SITUATION I'M PROVEN TO BE. THE DELUSION I HAVE NO OBJECTION FOR TAKING ANY RESPONSIBILITY FOR MY WRONG DOING HOWEVER EACH SITUATION IS NOT THE SAME. OFFICERS AFRAID TO SPEAK ON SUCH INCIDENTS WHICH H̶a̶s̶ ̶c̶a̶u̶s̶e̶d̶ ME L̶E̶F̶T̶ TO VINDICATE F̶E̶N̶D̶ FOR MYSELF. HONESTLY I COULD GO ON ¢ ON WITH STORIES LIKE THESE, BECAUSE TRUEFULLY I REFUSE TO ̶t̶i̶e̶ ̶d̶o̶w̶n̶
✳ ALLOW THEM TO FORCE ME TO ACCEPT ANYTHING. I'M NOT INTIMIDATED ̶N̶O̶T̶ ̶A̶F̶R̶A̶I̶D̶ OF ANY R̶E̶P̶E̶R̶C̶U̶T̶I̶O̶N̶S̶ RETRIBUTION, HONESTLY I BELIEVE IT CANT GET ANY WORST. THE POINT I HAVE BEEN TRYING TO MAKE FROM THE BEGINNING IS THAT IT DOESN'T MATTER WHERE I DO MY TIME, ITS HOW I DO IT T̶h̶a̶t̶ CONCERNS ME. ENCLOSED YOU WILL FIND A COPY OF a̶ ̶A POEM I WROTE. ONE OF MANY THAT I HAVE WRITTEN AS A TECHNIQUE TO VERBALIZE MY FEELINGS TOWARDS THE PREDICAMENTS I OFTEN FIND MYSELF IN.

APPROX. 5 MONTHS AGO I RECIEVED A NOTICE F̶O̶R̶ A̶N̶ APPROVAL OF MY TRANSFER. ONE OF (HAVE is a WHICH I HAVE FAILED TO RECIEVE ANSWERS AS TO WHO REQUESTED THE TRANSFER ¢ WHY. I'M NOT OPPOSED TO THE TRANSFER JUST ̶s̶o̶ IN THE FASHION IT WAS OBTAINED, SINCE THEN "THE TRANSFOR ...L TO CALL DANBURY AT WHICH TIME HE STATED IT WOULD ...TO LEAVE BUT HAVE

HOW DO I EXPRESS MY FACE HAS RAISED
IT? I'M TRYING TO THE PICTURE THAT
PUT THIS INTO WORD> THEY WANT YOU TO
SEE
STORIES FROM THESE BUT IF YOU LOOK &
SILENCED INMATES LOOK REAL CLOSE YOU
THAT NOBODY IS HEARD WOULDN'T RECOGNIZE
ME.

~~[scribbled out lines]~~
YOU WOULD SEE A
PICTURE THAT HAD THE
POTENTIAL TO BE GOOD
BUT THEY WOULD & AFTER SEEING ALL THE
~~call [scribbled]~~ WEIGHT ON MY SHOULDER
~~[scribbled]~~ YOU WONDER HOW I
~~[scribbled]~~ EVEN STOOD.

TIME AFTER TIME BELIEVING IN GOD YOU
I'VE ALLOWED THEM TO KNOW HE PUTS NO MORE
GET AWAY W/ IT WEIGHT THEN WE CAN
BARE
MAKING CHOICES & OF
FEELING THE PAIN ~~[scribbled]~~
THAT I'VE LATER REGRET NOTICING THE LINE
BECAUSE OF THE COLOR IN MY EYES ALL YOU
OF MY SHIRT I'M COULD DO IS STARE.
IMMEDIATELY WRONG WISHING THERE WAS
BY THE TIME I AM SOMETHING YOU COULD
ABLE TO SPEAK I CHOOSE DO TO HELP ~~[scribbled]~~
JUST TO MOVE ON.

EXHIBIT Z BUT HOW CAN YOU GET TO
09.3 OF 3 THE TRUTH WHEN THERES
ONLY ONE SIDE OF THE STORY
BEIN TOLD

IS THERE ANYONE OUT
THERE THAT CAN HEAR MY CRY

SOMEONE TO HELP EASE THE
PAIN SO I WOULDN'T JUST GIVE UP
& DIE.

JUST BECAUSE I'M LOCKED DOWN
I KNOW THAT I COULD BE FREE

I'M STILL A HUMAN BEING
~~THIS ISN'T HOW WE WHANT TO BE~~

THEY SAY THE GRASS IS GREENER
ON THE OTHER SIDE BUT FROM WHERE
I'M STANDIN' I CAN'T SEE.

CONSTANT
WARS BETWEEN THE IMATES & OFFICERS
OFFICERS & STAFF

ITS BEEN GOING ON FOR YEARS NOW
HOW LONG WILL IT LAST.

RIGHTS & RULES BEING VIOLATED
~~& PEOPLE THREATNING TO SUE~~

I THOUGHT THIS WAS AN INSTITUTION
& SUPPOSED TO HELP REHABILITATE YOU

I'VE DONE ALL I CAN DO & NOW
MY HANDS ARE TIED

I WANT SOMEONE TO BE MORE
THAN JUST ~~CHOSE~~ A SIDE

MY VOICE IS LIKE A WHISPER
THATS DETERMINED TO BE HEARD

I HOPE THAT YOU UNDERSTAND
THIS AS YOU READ EVERY WORD

EXHIBIT
2    PG 2 OF 3

APPROX   2/07

SPOKE   WITH   COMMISIONE DANBERG
IN REGEARDS TO TRANSFER &
FUTURE PLANS

APPROY   6/07 - 7/07

WROTE   BOTH MRS RUSSELL & CUMDEN
LYON CONCERNING STATES

WROTE  C. SHOTZBERGER   ABOUT STATUS
& ART SUPPLIES

APPROX   7/07 - 8/07

RECLASSIFICATION

RUSSEL & GRIER UNIT #8

WAS TOLD TO BE SEEN AGAIN IN
90 DAYS INCIDENT FREE WOULD
BE CLASSIFIED FOR JOB

KITCHEN

& CREW

CHAPLIN

EXHIBIT
AA

*CO PY*

*EXHIBIT BB*

FORM #584

**GRIEVANCE FORM**

FACILITY: _D.C.3 W.C.I_                    DATE: _1/8/08_

GRIEVANT'S NAME: _LAICISHA SHORT_        SBI#: _343759_

CASE#: _____                  TIME OF INCIDENT: _____

HOUSING UNIT: _8_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_I've been housed on unit eight since 3/5/07 for_
_re-classification for an incident occuring on that_
_date. 5/19/07 I was placed on pre-hearing detention_
_for an alleged incident occuring on that date ;_
_again on 5/12/07. since then I have been placed on_
_the status of twenty-three 's one with no knowledge_
_as to why._

ACTION REQUESTED BY GRIEVANT: _To be informed of reasoning for_
_sanction ; the period of time to be held._

GRIEVANT'S SIGNATURE: _[signature]_ DATE: _1/8/08_

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____        DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

COPY

EXHIBIT
CC

FORM #584

GRIEVANCE FORM

FACILITY: _D√8 ω c 1_    DATE: _1/7/08_

GRIEVANT'S NAME: _LAKISHA SHORT_    SBI#: _343759_

CASE#:_____    TIME OF INCIDENT:_____

HOUSING UNIT: _8_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

FOR APPROXIMATELY TEN MONTHS I'VE BEEN HOUSED ON
UNIT EIGHT UNDER THE TWENTY-THREE & ONE STATUS.
SINCE THE WEATHER PROHIBITED OUTSIDE YARD I
HAVE BEEN UNABLE TO HAVE ADEQUATE EXERCISE
FOR SIXTY MINUTES A DAY.

ACTION REQUESTED BY GRIEVANT: _CONSIDERING THE "MULTI PURPOSE"_
_ROOM IS NOT OCCUPIED DAILY I WOULD LIKE TO_
_HAVE PERMISSION TO USE THE ROOM AT LEAST ONCE A_
_WEEK, WHEN THE TIME PERMITS. ALSO THAT UNIT_
_EIGHT BE PROVIDED WITH AN EXERCISE VCR TAPE._

GRIEVANT'S SIGNATURE:_____    DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

EXHIBIT
DD

1/6

Mr. Ryan

I'm writing in attempt to ask for permission to recieve contain art supplies that could be provided by friend &/or family member. In the past, my mother attempted to bring a sketch pad of paper, which was told to be denied by you. ~~As~~ In a response ~~to the~~ I opted to ~~draw~~ drawing on the walls. Previously I agreed to both ~~remove~~ ~~clean~~ clean & paint the walls ~~removing the graffiti~~, & have done so.

My current status has left me with limited options with occupying the time spent within these walls. It is hoped that I be granted permission to recieve the items

all items
are non-toxic

{

Sketch paper / construction paper
Colored pencils          pastels
Charcoal pencil
Glue stick (for project i.e. cards)
Pencils
Erasers
Ruler

✱  Access to scissors w/ supervision

1/08

To whom it may concern

I am writing in reference to your
program serv... due to the fact I
am in the Delaware jurisdiction, I
was hoping that you could provide me
with information of someone who
am able to help with my needs.

Your time & report is greatly
appreciated.

Thank you

[signature]

Leo Bacher Blvd
New Castle De.
19720

Laeisha L. Short