IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAKISHA SHORT, | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 08-106-JJF |
| COMMISSIONER CARL DANBERG, et al., | : |
|     Defendants. | : |

**O R D E R**

WHEREAS, Plaintiff Lakisha Short filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on March 5, 2008, the Court entered an Order requiring Plaintiff, within 30 days from the date the Order was sent, to submit a certified copy of her prison trust fund account statement or the institutional equivalent **for the six-month period immediately preceding** the filing of the Complaint, or the case would be dismissed (D.I. 4);

WHEREAS, to date, Plaintiff has not submitted a current trust fund account statement;

THEREFORE, at Wilmington this 29 day of April, 2008, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

                                                                                    *[signature]*
                                                       UNITED STATES DISTRICT JUDGE