IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LAKISHA L. SHORT :
    PLAINTIFF
 :
 :
 :           CILVIL ACTION NO.
COMMISSIONER CARL DANBERG :           08-106  JJF
    ET AL.,
    DEFENDENTS :

 :

MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

FILED
MAY - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

PLAINTIFF LAKISHA SHORT, PRUSUANT TO RULES 15(a) &
19 (a) fed. R.C.U.P, REQUESTS LEAVE TO FILE AN AMENDED
COMPLAINT.

1. ON MARCH 19,2008 PLAINTIFF (SHORT) RECIEVED
DOCUMENTATION FROM THE UNITED STATES DISTRICT COURT
ORDERING PLAINTIFF TO SUBMIT A CERTIFIED COPY OF
PRISON TRUST FUND ACCOUNT IN ASSISTANCE WITH FILING A IN
FORMA PAUPER"S FORM.( NOTED IN UNIT LOG BOOK FOR COURT
DOCUMENTS AND DOCUMENTED WITH PAPER SENT FROM COURTS
FOR RECIEPT OF DOCUMENTS.) THE DOCUMENT WAS FILED ON MARCH
5 2008 A FULL 11 BUSINESS DAYS TO ONTAIN THE DOCUMENTATION
AND RETURN TO THE COURTS.

2. ON MARCH 23 2008 PLAINTIFF SPOKE WITH (DJB) LT. FIELDS
TO RETRIEVE A COPY OF THE ACTIVITY ACCOUNT LEDGER SENT
FROM INMATE ACCOUNTS, AS REQUESTED BY COURTS. (DOCUMENT
RETRIEVED)

3. ON MARCH 24 2008 PLAINTIFF SPOKE WITH (DJB) C/O
MOWBREY IN REGAURDS TO NOTICE OF AVAILABILTY OF A UNITED
STATES MAGISTRATE JUDGE FORM RECIEVED WITH ORDER OF
AFOREMENTIONED DOCUMENT. DUE TO THE LACK OF UNDERSTANDING
OF SAID DOCUMENT, C/O MOWBREY CONTACTED VIDEO BAIL OFFICER
C/O WARREN IN ATTEMPTS TO GAIN UNDERSTANDING OF DOCUMENT
C/O WARREN RETRIEVED DOCUMENT AND FORWARDED IT TO VIDEO BAIL
PUBLIC DEFENDER JAMES LOLLEY.

4. ON MARCH 24 2008 PLAINTIFF PLACED AFOREMENTIONED DOCUMENTS
ALONG WITH DECLARATION FROM JUANITA GILL INTO THE UNIT 8
MAIL BAG TO BE DELIVERED ON MARCH 25 2008 TO THE UNITED
STATES DISTICT COURT OF DELAWARE.

5. ON APRIL 30 2008 PLAINTIFF RECIEVED AN ORDER

OF DISMISSAL FOR FAILING TO SUBMIT AFOREMENTIONED
DOCUMENTS. MAY 5, 2008 GRIEVANCE FILED IN REFERENCE TO
NEGLEGENCE IN HANDLING LEGAL MAIL.

6. THIS COURT SHOULD GRANT LEAVE FREELY TO AMEND A COMPLAINT
FORMAN v. DAVIS, 371 U.S. 178, 182 (1962)

5/5/08

REPECTFULLY SUBMITTED

*[signature]*

LAKISHA L. SHORT

660 BAYLOR BLVD.
NEW CASTLE DE. 19720

COPY

FORM #584

## GRIEVANCE FORM

FACILITY: DJBWCI  DATE: 5/5/08

GRIEVANT'S NAME: LAKISHA L SHORT  SBI#: 343759

CASE#: _____  TIME OF INCIDENT: _____

HOUSING UNIT: 8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

ON MARCH 19 '08 I RECIEVED A DOCUMENT FROM THE UNITED STATES DISTRICT COURT REQUESTING INFORMATION TO BE SENT BACK TO THE COURTS. ON MARCH 24 '08 I LACED REQUESTED DOCUMENTS IN AN ADDRESSED ENVELOPE TO THE DISTRICT COURTS IN THE UNIT 8 MAIL BAG TO BE MAILED OUT ON MARCH 25 '08. ON APRIL 30 '08 I RECIEVED A DOCUMENT FROM THE UNITED STATES DISTRICT COURTS STATING THE DOCUMENTS WERE NEVER RECIEVED.

ACTION REQUESTED BY GRIEVANT: DETERMINE WHY MY LEGAL MAIL WAS NEVER RECIEVED BY THE DISTRICT COURTS

GRIEVANT'S SIGNATURE: [signature]  DATE: 5/5/08

WAS AN INFORMAL RESOLUTION ACCEPTED?  ___(YES)  ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____  DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

LAKISHA L. SHORT
SBI# 343759
660 BAYLOR BLVD.
NEW CASTLE DE. 19720

WILMINGTON DE 197
06 MAY 2008 PM 3 L

U.S.M.S.
X-RAY

UNITED STATES DISTRICT COURT
844 N KING ST. LOCKBOX 18
WILMINGTON DE. 19801-35