In the United States
District Court For the
District of Delaware

Lakisha L. Short

Plaintiff

:
:
:
:
:
:                    Declaration of
:
:                    Juanita D. Gill
:
V                                        :
:                    Civil Action ___08 - 106 (JJF)___
:
:
:
Commissioner Carl Danberg,               :
ET al                                    :
:
Defendants                               :
:



   Juanita D. Gill Here by Declares: on 3/1/07 I meet with Commissioner Carl Danberg at his office in Dover Del. In reference to my daughter Lakisha Short (Plaintiff), about the concerns and issues of her treatments at Delores J. Baylor women's Correctional Institution. On the above date Mr. Danberg received copies of numerous letters written by my daughter (Lakisha) about numerous Staff members employed at aforementioned Facility. After talking to Mr. Danberg he was willing to go and talk to Lakisha to investigate what was going on with her at the Women's Institution. In fact, he went the next day to talk with her. Mr. Danberg called me (Juanita) and gave me a report of his thoughts of Lakisha. We where on the phone and got disconnected. I tried to call him back but got no response. After leaving several messages I decided to go to one of his board meeting to talk to him since he would not return any of my calls.

   I declare under penalty of perjury that the foregoing is true and correct. Executed in Ellendale, De on 1/29/08

*Juanita Gill*     X

LARISHA L. SHORT
SBI # 343759
660 BAYCON BLVD
NEW CASTLE DE 19720

UNITED STATES DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILMINGTON DE 19801 - 3570