FORM 2     (April 1, 1977)

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

Instructions to Court:                                           08-106

This form is to be sent to the prisoner-plaintiff.

If there is reason to believe that the information received is not accurate or complete, the court may want to use form 3 in addition. Form 3 is an Order asking the records officer at the institution to submit a certificate stating the current balance in the plaintiff's institutional account.

---

Form 2

UNITED STATES DISTRICT COURT

[ Insert appropriate court]

LAKISHA SHORT
_____
[Petitioner]

vs.

COMISSIONER CARL DANBURG
"ET AL"
_____
[Respondent]

DECLARATION IN SUPPORT OF
REQUEST TO PROCEED
IN FORMA PAUPERIS

FILED
MAY - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, LAKISHA SHORT am the petitioner in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. Are you presently employed?    Yes _____    No __X__

    a. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.
    _____

    b. If the answer is no, state the date of last employment and the amount of the salary per month which you received
    1/07    .18 / 160 HR

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or form of self-employement? Yes ___ No ___
   b. Rent payments, interest, or dividends? Yes ___ No ___
   c. Pensions, annuities, or life insurance payments? Yes ___ No ___
   d. Gifts or inheritances? Yes _x_ No ___
   e. Any other sources? Yes ___ No ___

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months. _____GIFTS_____

3. Do you own any cash or do you have money in a checking or savings account? Yes ___ No _x_ (Include any funds in prison accounts)

   If the answer is yes, state the total value owned.
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ___ No _x_

   If the answer is yes, describe the property and state its approximate value _____

5. List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support. _____

I understand that a false statement or answer to any questions in this declaration will subject me to penalties for perjury.

_____
[Petitioner's Signature]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __18__ day of __January__, 2008.

_____
[Signature]

*COPY SENT ON MARCH 25 2008

*DOCUMENT WAS ALSO FILED WITH ORIGINAL REQUEST FOR IN FORMA PAUPERIS SIGNED 1/18/08

Date : 01/11/2008
Time : 11:07

**Account Activity Ledger**
From: 01/01/2007 To: 12/01/2007

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 00343759  Name SHORT, LAKISHA | | | | Block 8 | | | Previous Balance | | 139.84 |
| HP.1/9 | 01/09/2007 | 17:21 | B#46828 | 377345 | W | | | -3.12 | 136.72 |
| P/T.GRACE.MURRAY.SR. | 01/11/2007 | 10:20 | B#46868 | 377531 | W | | | -20.00 | 116.72 |
| COMM.STORE.1/12 | 01/17/2007 | 13:36 | B#46982 | 378057 | W | | | -37.86 | 78.86 |
| Sales Transaction | 01/23/2007 | 14:50 | I#89448 | | I | 46.53 | | | 32.33 |
| COMM.CRDT.1/26 | 01/26/2007 | 17:01 | B#47193 | 379388 | D | | 2.00 | | 34.33 |
| KIT.PAY.12/24-1/27 | 01/30/2007 | 12:37 | B#47242 | 379918 | D | | 92.70 | | 127.03 |
| COMM.STORE.2/2 | 02/03/2007 | 13:54 | B#47315 | 380467 | W | | | -22.26 | 104.77 |
| Sales Transaction | 02/06/2007 | 10:41 | I#89831 | | I | 32.91 | | | 71.86 |
| Sales Transaction | 02/13/2007 | 12:03 | I#90056 | | I | 12.63 | | | 59.23 |
| Sales Transaction | 02/20/2007 | 10:23 | I#90260 | | I | 10.36 | | | 48.87 |
| P/T.MICHAEL.CANNON.2 | 02/22/2007 | 14:09 | B#47639 | 382553 | W | | | -30.00 | 18.87 |
| Sales Transaction | 02/27/2007 | 11:15 | I#90478 | | I | 15.05 | | | 3.82 |
| KIT.PAY.2/28 | 03/01/2007 | 12:49 | B#47750 | 383472 | D | | 14.94 | | 18.76 |
| Sales Transaction | 03/06/2007 | 09:57 | I#90704 | | I | 16.02 | | | 2.74 |
| COMM.CRDT.3/16 | 03/19/2007 | 15:43 | B#48044 | 385558 | D | | 16.02 | | 18.76 |
| Sales Transaction | 03/27/2007 | 10:53 | I#91370 | | I | 13.04 | | | 5.72 |
| PRCSD.REC.3/29.FR.3/ | 03/30/2007 | 15:21 | B#48272 | 386752 | D | | 20.00 | | 25.72 |
| Sales Transaction | 04/03/2007 | 11:34 | I#91601 | | I | 21.72 | | | 4.00 |
| MCP.5/18 | 05/21/2007 | 14:44 | B#49278 | 393399 | W | | | -4.00 | 0.00 |
| PRCSD.REC.7/19.FR.7/ | 07/20/2007 | 11:07 | B#50449 | 400506 | D | | 40.00 | | 40.00 |
| MCP.8/5 | 08/14/2007 | 15:31 | B#50969 | 403973 | W | | | -4.00 | 36.00 |
| MCP.8/15 | 08/16/2007 | 13:25 | B#51012 | 404253 | W | | | -4.00 | 32.00 |
| Sales Transaction | 08/21/2007 | 09:50 | I#95830 | | I | 31.71 | | | 0.29 |
| PRCSD.REC.8/30 | 08/30/2007 | 16:51 | B#51249 | 406054 | D | | 10.00 | | 10.29 |
| PRCSD.REC.8/29 | 08/30/2007 | 16:54 | B#51250 | 406070 | D | | 20.00 | | 30.29 |
| Sales Transaction | 09/11/2007 | 08:45 | I#96522 | | I | 27.95 | | | 2.34 |
| MCP.9/24 | 09/25/2007 | 16:53 | B#51733 | 409549 | W | | | -4.00 | -1.66 |
| PRCSD.REC.9/29 | 10/02/2007 | 16:14 | B#51869 | 410342 | D | | 25.00 | | 23.34 |
| PRCSD.REC.10/26 | 10/26/2007 | 15:52 | B#52371 | 413642 | D | | 25.00 | | 48.34 |
| Sales Transaction | 10/30/2007 | 10:05 | I#98042 | | I | 47.97 | | | 0.37 |
| PRCSD.REC.11/1 | 11/02/2007 | 11:16 | B#52484 | 414586 | D | | 20.00 | | 20.37 |
| COMM.MEGA.KT.11/21 | 11/26/2007 | 12:40 | B#52836 | 417111 | W | | | -7.00 | 13.37 |

Deposits   11   For $    285.66
Withdraws  10   For $   -136.24
Invoices   11   For $    275.89