5/5/08

Clerk of Courts

I'm writing with hopes that if at all possible I could recieve notification that these documents were recieved. These documents were forwarded to the courts by means of the Decones J. Baylors mailing system on 5/5/08 to the District Courts of Delaware & through mailing to Juanita Gill (mother) on above date, to insure these documents are recieved.

Thank you

660 Baylor Blvd
New Castle De. 19720

Lakisha L. Short
SBI # 343759



FILED
MAY - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO
scanned

IN THE UNITED STATES DISTRICT COURT
  FOR THE DISTRICT OF DELAWARE

LAKISHA L. SHORT :
   PLAINTIFF
                                  :

                                  :
                                          CILVIL ACTION NO.
COMMISSIONER CARL DANBERG         :          08-106 (JJF)
   ET AL.,
   DEFENDENTS                     :


                                  :


MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT


PLAINTIFF LAKISHA SHORT, PRUSUANT TO RULES 15(a) &
19 (a) fed. R.C.U.P, REQUESTS LEAVE TO FILE AN AMENDED
COMPLAINT.

1. ON MARCH 19, 2008 PLAINTIFF (SHORT) RECIEVED
DOCUMENTATION FROM THE UNITED STATES DISTRICT COURT
ORDERING PLAINTIFF TO SUBMIT A CERTIFIED COPY OF
PRISON TRUST FUND ACCOUNT IN ASSISTANCE WITH FILING A IN
FORMA PAUPER"S FORM. ( NOTED IN UNIT LOG BOOK FOR COURT
DOCUMENTS AND DOCUMENTED WITH PAPER SENT FROM COURTS
FOR RECIEPT OF DOCUMENTS.) THE DOCUMENT WAS FILED ON MARCH
5 2008 A FULL 11 BUSINESS DAYS TO ONTAIN THE DOCUMENTATION
AND RETURN TO THE COURTS.

2. ON MARCH 23 2008 PLAINTIFF SPOKE WITH (DJB) LT. FIELDS
TO RETRIEVE A COPY OF THE ACTIVITY ACCOUNT LEDGER SENT
FROM INMATE ACCOUNTS, AS REQUESTED BY COURTS. (DOCUMENT
RETRIEVED)

3. ON MARCH 24 2008 PLAINTIFF SPOKE WITH (DJB) C/O
MOWBREY IN REGAURDS TO NOTICE OF AVAILABILTY OF A UNITED
STATES MAGISTRATE JUDGE FORM RECIEVED WITH ORDER OF
AFOREMENTIONED DOCUMENT. DUE TO THE LACK OF UNDERSTANDING
OF SAID DOCUMENT, C/O MOWBREY CONTACTED VIDEO BAIL OFFICER
C/O WARREN IN ATTEMPTS TO GAIN UNDERSTANDING OF DOCUMENT
C/O WARREN RETRIEVED DOCUMENT AND FORWARDED IT TO VIDEO BAIL
PUBLIC DEFENDER JAMES LOLLEY.

4. ON MARCH 24 2008 PLAINTIFF PLACED AFOREMENTIONED DOCUMENTS
ALONG WITH DECLARATION FROM JUANITA GILL INTO THE UNIT 8
MAIL BAG TO BE DELIVERED ON MARCH 25 2008 TO THE UNITED
STATES DISTICT COURT OF DELAWARE.

5. ON APRIL 30 2008 PLAINTIFF RECIEVED AN ORDER

OF DISMISSAL FOR FAILING TO SUBMIT AFOREMENTIONED
DOCUMENTS. MAY 5, 2008 GRIEVANCE FILED IN REFERENCE TO
NEGLEGENCE IN HANDLING LEGAL MAIL.

6. THIS COURT SHOULD GRANT LEAVE FREELY TO AMEND A COMPLAINT
FORMAN v. DAVIS, 371 U.S. 178, 182 (1962)

5/5/08

REPECTFULLY SUBMITTED

LAKISHA L. SHORT

660 BAYLOR BLVD.
NEW CASTLE DE. 19720

FORM #584

## GRIEVANCE FORM

COPY

FACILITY: DJBWCI          DATE: 5/5/08

GRIEVANT'S NAME: LAKISHA SHORT          SBI#: 343759

CASE#: _____          TIME OF INCIDENT: _____

HOUSING UNIT: 8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

ON MARCH 19 '08 I RECIEVED A DOCUMENT FROM THE UNITED STATES DISTRICT COURT REQUESTING INFORMATION TO BE SENT BACK TO THE COURTS ON MARCH 24 '08 I PLACED REQUESTED DOCUMENTS IN AN ADDRESSED ENVELOPE TO THE DISTRICT COURTS IN THE UNIT 8 MAILBAG TO BE MAILED OUT ON MARCH 25 '08. ON APRIL 30 '08 I RECIEVED A DOCUMENT FROM THE UNITED STATES DISTRICT COURTS STATING THE DOCUMENTS WERE NEVER RECIEVED

ACTION REQUESTED BY GRIEVANT: DETERMINE WHY MY LEGAL MAIL WAS NEVER RECIEVED BY THE DISTRICT COURTS

GRIEVANT'S SIGNATURE: _____ DATE: 5/5/08

WAS AN INFORMAL RESOLUTION ACCEPTED?       ____(YES)   ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____          DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV