## Account Activity Ledger
From: 01/01/2007 To: 12/01/2007

Date : 01/11/2008
Time : 11:07

08-106(JJF)

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 00343759 | **Name** SHORT, LAKISHA | | | **Block** 8 | | | **Previous Balance** | | 139.84 |
| HP.1/9 | 01/09/2007 | 17:21 | B#46828 | 377345 | W | | | -3.12 | 136.72 |
| P/T.GRACE.MURRAY.SR. | 01/11/2007 | 10:20 | B#46868 | 377531 | W | | | -20.00 | 116.72 |
| COMM.STORE.1/12 | 01/17/2007 | 13:36 | B#46982 | 378057 | W | | | -37.86 | 78.86 |
| Sales Transaction | 01/23/2007 | 14:50 | I#89448 | | I | 46.53 | | | 32.33 |
| COMM.CRDT.1/26 | 01/26/2007 | 17:01 | B#47193 | 379388 | D | | 2.00 | | 34.33 |
| KIT.PAY.12/24-1/27 | 01/30/2007 | 12:37 | B#47242 | 379918 | D | | 92.70 | | 127.03 |
| COMM.STORE.2/2 | 02/03/2007 | 13:54 | B#47315 | 380467 | W | | | -22.26 | 104.77 |
| Sales Transaction | 02/06/2007 | 10:41 | I#89831 | | I | 32.91 | | | 71.86 |
| Sales Transaction | 02/13/2007 | 12:03 | I#90056 | | I | 12.63 | | | 59.23 |
| Sales Transaction | 02/20/2007 | 10:23 | I#90260 | | I | 10.36 | | | 48.87 |
| P/T.MICHAEL.CANNON.2 | 02/22/2007 | 14:09 | B#47639 | 382553 | W | | | -30.00 | 18.87 |
| Sales Transaction | 02/27/2007 | 11:15 | I#90478 | | I | 15.05 | | | 3.82 |
| KIT.PAY.2/28 | 03/01/2007 | 12:49 | B#47750 | 383472 | D | | 14.94 | | 18.76 |
| Sales Transaction | 03/06/2007 | 09:57 | I#90704 | | I | 16.02 | | | 2.74 |
| COMM.CRDT.3/16 | 03/19/2007 | 15:43 | B#48044 | 385558 | D | | 16.02 | | 18.76 |
| Sales Transaction | 03/27/2007 | 10:53 | I#91370 | | I | 13.04 | | | 5.72 |
| PRCSD.REC.3/29.FR.3/ | 03/30/2007 | 15:21 | B#48272 | 386752 | D | | 20.00 | | 25.72 |
| Sales Transaction | 04/03/2007 | 11:34 | I#91601 | | I | 21.72 | | | 4.00 |
| MCP.5/18 | 05/21/2007 | 14:44 | B#49278 | 393399 | W | | | -4.00 | 0.00 |
| PRCSD.REC.7/19.FR.7/ | 07/20/2007 | 11:07 | B#50449 | 400506 | D | | 40.00 | | 40.00 |
| MCP.8/5 | 08/14/2007 | 15:31 | B#50969 | 403973 | W | | | -4.00 | 36.00 |
| MCP.8/15 | 08/16/2007 | 13:25 | B#51012 | 404253 | W | | | -4.00 | 32.00 |
| Sales Transaction | 08/21/2007 | 09:50 | I#95830 | | I | 31.71 | | | 0.29 |
| PRCSD.REC.8/30 | 08/30/2007 | 16:51 | B#51249 | 406054 | D | | 10.00 | | 10.29 |
| PRCSD.REC.8/29 | 08/30/2007 | 16:54 | B#51250 | 406070 | D | | 20.00 | | 30.29 |
| Sales Transaction | 09/11/2007 | 08:45 | I#96522 | | I | 27.95 | | | 2.34 |
| MCP.9/24 | 09/25/2007 | 16:53 | B#51733 | 409549 | W | | | -4.00 | -1.66 |
| PRCSD.REC.9/29 | 10/02/2007 | 16:14 | B#51869 | 410342 | D | | 25.00 | | 23.34 |
| PRCSD.REC.10/26 | 10/26/2007 | 15:52 | B#52371 | 413642 | D | | 25.00 | | 48.34 |
| Sales Transaction | 10/30/2007 | 10:05 | I#98042 | | I | 47.97 | | | 0.37 |
| PRCSD.REC.11/1 | 11/02/2007 | 11:16 | B#52484 | 414586 | D | | 20.00 | | 20.37 |
| COMM.MEGA.KT.11/21 | 11/26/2007 | 12:40 | B#52836 | 417111 | W | | | -7.00 | 13.37 |

**Deposits** 11 For $ 285.66
**Withdraws** 10 For $ -136.24
**Invoices** 11 For $ 275.89



FILED
JUN _ 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned

## Account Activity Ledger

Date : 01/30/2008
Time : 14:56

From : 01/01/2008   To : 01/30/2008

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 00343759 | **Name** SHORT, LAKISHA | | **Block** 8 | | | | **Previous Balance** | | 12.33 |
| Sales Transaction | 01/08/2008 | 17:56 | I#100342 | | I | 9.96 | | | 2.37 |
| | | **Deposits** | 0 For $ | 0.00 | | | | | |
| | | **Withdraws** | 0 For $ | 0.00 | | | | | |
| | | **Invoices** | 1 For $ | 9.96 | | | | | |

Date : 02/29/2008
Time : 16:04

**Account Activity Ledger**

From : 01/31/2008   To : 02/29/2008

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 00343759 | **Name** SHORT, LAKISHA | | **Block** 8 | | | | **Previous Balance** | | 2.37 |
| PRCSD.REC.F.2/9,2/10 | 02/11/2008 | 11:09 | B#54225 | 428030 | D | | 10.00 | | 12.37 |
| PRCSD.REC.2/21 | 02/22/2008 | 12:09 | B#54459 | 429200 | D | | 35.00 | | 47.37 |
| Sales Transaction | 02/26/2008 | 10:45 | I#101799 | | I | 28.28 | | | 19.09 |
| PRCD.2/28.F/2/25,2/2 | 02/28/2008 | 15:21 | B#54573 | 429770 | D | | 25.00 | | 44.09 |

|  |  |  |  |
|---|---|---|---|
| Deposits | 3 | For $ | 70.00 |
| Withdraws | 0 | For $ | 0.00 |
| Invoices | 1 | For $ | 28.28 |

Page :   502

LAICISHA L. SHANT
SBI # 343759
666 Baylor Blvd
New Castle DE.
19726



WILMINGTON DE 197
04 JUN 2008 PM 3 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET LOCKBOX 18
WILMINGTON, DELAWARE 19801-3570

19801+3570

