08 cv 106 JJF

Mr. Dalleo,                                                                 6/18/08

   I apologize in the delay for responding to your letter received on 6/16/08. Nonetheless, recently I filed a motion to leave to file an amended complaint. In supporting facts I referred to mailing the exact papers received on 6/15/08 on 3/25/08. The delay in receiving these papers was the reasoning in which determined my suit being closed. I dont know how you received documents approxiamately two months later however, the account ledger is dated (1/11/08) which proves the request for the document was submitted before asking on March 5, 2008.
   Your time & effort is greatly appreciated.

                                                            Thank you

660 Baylor Blvd
New Castle De.
          19720
                                                            Lakisha L. Short
                                                            SBI # 343759



FILED
JUN 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



WILMINGTON DE 197

10 JUN 2008 PM 3 T

Peter T. Dalleo
Office of the Clerk
844 N. King Street
Lockbox 18
Wilmington, DE. 1980

LAKISHA L. SHORT
SBI # 343159
660 Baylor Blvd
New Castle DE
19720