IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LAKISHA SHORT

PLAINTIFF

V.

COMMISSIONER CARL
DANBURG, et. at.,

DEFENDANTS

DECLARATION OF

LAKISHA SHORT

CIVIL ACTION NO.
08-106 (JJF)

LAKISHA SHORT HEREBY DECLARES: SINCE THE BEGINNING OF THE YEAR, ONCE I DECIDED TO FILE THE LAWSUIT A NUMBER OF EVENTS HAS TAKEN PLACE.

1. ON 1/17/08 I FILED A GRIEVANCE IN REFERENCE TO LACK OF EXERCISE AND REQUESTED A WORKOUT TAPE. (VHS)(EXHIBIT CC) ON 1/18/08 THE GRIEVANCE WAS APPROVED AND RECEIVED PERMISSION FOR THE EXERCISE TAPE BY SHIFT COMMANDER CPT. REPETTI AND LT. FIELDS. ON 2/1/08 I (SHORT) WAS QUESTIONED BY THE MENTAL HEALTH DIRECTOR BEN IN REFERENCE TO THE EXERCISE TAPE, CONCERNED BY A CONVERSATION WITH WARDEN RYAN. ON 2/5/08 AFTER A REQUEST FROM COUNSELOR RUSSELL TO BE REMOVED FROM THE 23/1 STATUS. I SPOKE TO MRS. RUSSELL IN REGAURDS TO THE REQUEST AND SHE INFORMED ME OF THE DENIAL BY WARDEN RYAN STATING THE REASONING "HE'S SICK OF OFFICERS CATERING TO ME." ON 2/12/08 I SPOKE WITH BEN AND IN ATTEMPTS TO GAIN INFO AS TO WHEN I COULD BE REMOVED FROM 23/1 STATUS, HE (BEN) SPOKE WITH COLLEEN SHOTZBERGER. DURING THIER CONVERSATION HE STATED THE SHE (SHOTZBERGER) COMMENTED "THAT IT'S PERSONAL AND THE WARDEN HATES ME."(MESSAGE LATER RELAYED TO ST.LT. SMITH.) ON 2/26/08 I SPOKE AGAIN WITH BEN IN REFERENCE TO REASON STILL BEING HELD ON 23/1 STATUS AND IT WAS RELAYED THAT I REMAINED ON THE STATUS DUE TO OPEN HEARINGS.(THE FOLLOWING DAYS 2/27/08 & 2/28/08 HEARINGS WERE COMPLETED BY CPT. SNEAD) ON 2/28/08 INFORMED MRS. RUSSELL OF CONVERSATION WITH BEN AND COMPLETED HEARINGS. ON 3/14/08, ALTHOUGH APPROVED BY THE CLASSIFICATION BOARD DECISION WAS VETOED BY WARDEN RYAN. REASON GIVEN RECENT WRITE-UP.



FILED

JUL - 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. APRIL 30 2008 I RECEIVED DOCUMENTATION OF DISMISSAL OF LAWSUIT, DUE TO THE FAILURE TO RETURN DOCUMENT TO COURT IN THE TIME PERMITTED. ON 5/5/08 I WROTE A GRIEVANCE (EXHIBIT EE) CONCERNING MY MAIL NOT BEING SENT TO THE COURTHOUSE. (GRIEVANCE LEFT DORMANT) IN ATTEMPTS TO RETRIEVE INFORMATION IN REGAURDS TO AFOREMENTIONED SITUATION, I WAS INFORMED OF ANOTHER INCIDENT INVOLVING INVASION OF PRIVILEDGED MAIL. APPROXIMATELY MARCH '08 PACKETS WERE SENT TO VARIOUS LOCATIONS ENCLOSED WERE MY ENTIRE LAWSUIT (INCLUDING EXHIBITS) AND A LETTER TO THE RECEIVER ADDRESSED TO. AFTER SPEAKING WITH C/O TABRON, I WAS INFORMED THAT SOMEHOW MY PACKAGE WAS SEEN ON A STREET OF WILMINGTON AND A PASSING CIVILIAN CONTACTED WARDEN RYAN (DUE TO THE FACT HIS NAME WAS ON SOME OF THE DOCUMENTS) WHO THEN CONTACTED CPT. REPETTI WHO THEN SENT C/O TABRON TO THE AREA TO RETRIEVE THE DOCUMENTS TO MY UNDERSTANDING C/o TABRON TRANSFERRED THE DOCUMENT TO CPT. REPETTI WHO IN TURN PASSED ON TO IT ON TO WARDEN RYAN. c/oTABRON WAS ABLE TO DESCRIBE THE DOCUMENTS AND THAT IT WAS INDEED A LAWSUIT AGAINST THE DEFENDANTS. I HAVE YET TO RETRIEVE THE DOCUMENTS NOR GAIN KNOWLEDGE TO THE SITUATION OUTSIDE OF THE CONVERSATION WITH c/o TABRON ON 5/25/08.

3. ON 5/24/08 I SPOKE WITH COLLEEN SHOTZBERGER AFTER WRITING HER ON 5/21/08 & 5/26/08 IN REFERENCE TO STATUS OF 23/1 WHICH SHE INFORMED ME THERE WAS NO SUCH STATUS (EXHIBITS FF) SHOTZBERGER THEN STATED " IF I WERE IN A MENS PRISON I WOULD BE HOUSED ON A UNIT REFERRED TO AS THE SHO & MO. (HOWEVER WE HAVE NO "UNIT " FOR SUCH HOUSING) AND THAT MY POINTS WERE THE REASON AS TO WHY I WAS BEING HOUSED AT MAXIMUM SECURITY." I THEN STATED "IT WOULD BE UNDERSTANDABLE IF I WERE NOT THE "ONLY" INMATE HOUSED ON THE STATUS OR THE UNIT WAS USED FOR SUCH HOUSING, IF THE POINT SYSTEM WERE TO BE APPLIED TO EVERYONE." SHE (SHOTZBERGER) CLAIM TO HAVE NO KNOWLEDGE OF ME BEING THE ONLY INMATE HOUSED ON THE 23/1 STATUS. (EXHIBIT GG) AFTER LEAVING HER OFFICE, I WAS THEN ESCOURTED TO MEDICAL AND SEEN BY BOTH MENTAL HEALTH AND THE DOCTOR DUE TO HER CONCERN OF ME BEING SUICIDAL.

FOR THE PAST APPROXIMATELY FIVE YEARS I HAVE BEEN CONVITED OVER AND OVER FOR NO OTHER REASON THAN A PERSONAL VENDETTA WITH A MAN THAT I HAVE NEVER DEALT WITH OR CONVERSATED WITH OUTSIDE OF LETTERS AND THE BRIEF QUESTIONING OF WHY HE (WARDEN RYAN) REMOVED ME FROM THE KITCHEN IN FEBRUARY '07. I HAVE SUFFERED FROM A GREAT DEAL OF STRESS AND EVEN RECEIVED MEDICATIONS FOR DEPRESSION.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT EXECUTED AT NEW CASTLE DELAWARE ON 6/20/08.

LAKISHA SHORT

LAKISHA L. SHORT
SBI # 343759
660 BAYLOR BLVD
NEW CASTLE DE. 19720

WILMINGTON DE 197
30 JUN 2008 PM 2 L

U.S.M.S
X-RAY

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCK BOX 18
WILMINGTON, DELAWARE 19801