JULY/14 '08

Mr. Dalleo,

These are copies of the exhibits expressed in my declaration. At the time I did not have copies.

Your time & effort is greatly appreciated.

Case # 08 - 106 (JJF)

Thank you

Laicisha Short

SBI # 343159



FILED
JUL 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned



U.S.M. X-RAY

WILMINGTON DE 197
15 JUL 2008 PM 3 T

Peter T Dalleo
Office of the Clerk
United States District Court
844 N King Street Lock Box 18
Wilmington Delaware 19801