EXHIBIT EE

FORM #584

COPY

GRIEVANCE FORM

08-106 (JJF)

FACILITY: DJBWCI          DATE: 5/5/08

GRIEVANT'S NAME: Laikisha L. Short   SBI#: 343759

CASE#: _____          TIME OF INCIDENT: _____

HOUSING UNIT: 8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On March 19 '08 I recieved a document from the United States District Court requesting information to be sent back to the courts. On March 24 '08 I placed requested documents in an addressed envelope to the District Courts in the Unit 8 mail bag to be mailed out on March 25 '08. On April 30 '08 I recieved a document from the United States District Courts stating the documents were never recieved.

ACTION REQUESTED BY GRIEVANT: Determine why my legal mail was never recieved by the District Courts

GRIEVANT'S SIGNATURE: [signature]   DATE: 5/5/08

WAS AN INFORMAL RESOLUTION ACCEPTED? ____(YES) ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

FILED JUL 16 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

April '97 REV

## BWCI MDT CLASSIFICATION

NAME: ~~SHORT, LAKISHA~~   HOUSING UNIT: ~~███~~   DATE: 03/14/08   SBI: 343 759

ON THE ABOVE DATE THE MDT CONSIDERED YOU FOR:   ☐ INITIAL   ☒ REVIEW

**PROGRAMMING, EDUCATION, EMPLOYMENT:**

☐ LIFE SKILLS   ☐ COMPUTERS (WORD, EXCEL, POWERPOINT, TYPING)   ☐ ACADEMICS (ABE / GED / H.S. DIPLOMA)   ☐ CULINARY ARTS / GARDEN

☐ COLLEGE COURSES   ☐ ALCOHOLICS ANON.(AA)   ☐ DACOA   DEL MENTOR PROGRAM: ☐ PRC   ☐ DEIP   ☐ THRESHOLDS

☐ PARENTING   ☐ REACH   ☐ READ ALOUD   ☐ PARENTS ANON.   ☐ PRE-NATAL CLASS   ☐ ALTERNATIVES TO VIOLENCE (AVP): ☐ Basic ☐ Advanced

☐ MENTAL HEALTH: ☐ Counseling or ☐ Groups (specify)_____   ☐ MISC. PROGRAMMING: _____

☐ KEY VILLAGE PROGRAM   ☐ HARBOR PROGRAM   ☐ EMPLOYMENT (SPECIFY :: _____

**HOUSING UNIT :**

☐ UNIT 7 - Pre-Trial   ☒ UNIT 8 – Maximum   ☐ UNIT 5 - Medium   ☐ UNIT 9 - Medium

☐ UNIT 6 – The Harbor : ☐ Medium ☐ Minimum   ☐ KEY Village (Unit 4) : ☐ Medium ☐ Minimum

☐ UNIT 3 (A & D Pods) - Minimum   ☐ UNIT 3 (B Pod) - *Honor* Pod (Minimum)   ☐ UNIT 3 (C Pod) - *Honor* Pod (Minimum)

**COMMUNITY CORRECTIONS:**

☐ WORK RELEASE : ___ Plummer ___ Sussex ___ MCC   ☐ WORK RELEASE WITH CREST   ☐ IWA BUILDING WORKER
___ New Castle County Work Release Center

**OTHER:**

☐ TIS SENTENCE MODIFICATION   ☐ PRE-PAROLE CONSIDERATION   ☐ PARDONS BOARD   ☐ BOOT CAMP

---

THE MDT DECISION IS TO:

☒ Approve   ___ Not Approve   ___ Recommend Approval   ___ Not Recommend Approval

___ Defer   ___ No Action   ___ No Objection (LV 4 or Detentioner)   ___ Objection (LV4 or Det.)

VOTE: 3 -- 0

---

**REASON:**
( ) Serious nature of your offense
( ) Your unsatisfactory/questionable institutional adjustment
( ) Your lack of program participation
( ) Your prior failure under supervision
( ) The lack of evidence that you have addressed your problems in a serious, mature manner.
( ) The time remaining on your sentence
( ) You are not eligible due to policy/statue
( ) This does not meet your program needs at this time
( ) Your need for gradual phasing
( ) You are already employed in one institution job.
( ) Other _____

REMARKS: Remove 23/1 Status effective 3/14/08. Will be reviewed in 90 days. Remain write-up free.

_____   _____
MDT CHAIRPERSON              Patrick J. Ryan
                             WARDEN/IBCC CHAIRPERSON

Cc: Records
T.S. file

Remain in Maximum Security Housing improved behavior

VETOED - Recent write-ups, maladjustment

EXHIBIT
66

# BAYLOR WOMEN'S CORRECTIONAL INSTITUTION
# CONFIDENTIAL MEMORANDUM

**TO:** All Supervisors / Unit 8 Officer / Control

**FROM:** Captain Douglas Repetti

**DATE:** January 11, 2008

**RE:** **Unit 8 High Custody Escort** *Update*

The following inmates are to be escorted by security staff whenever they leave Unit 8. They are to be watched closely to ensure they go directly to and from their approved appointments and not engage in conversations with other inmates or attempt to enter prohibited areas.

**Ackerman, Claire** SBI# 00595814 (Medical)

**Baker, Beverly** SBI# 00596859 (Held W/O Bail)

**Campbell, Nicole** SBI# 00434565 (Disciplinary)

**Luff, Shierld** SBI# 00156841 (Medical)

**Short, Lakisha** SBI# 00343759 (Chronic Disciplinary) **(23 X 1 status)**
        (no contact with I/M Jan White)

**Smith, Tiera** SBI# 00414084 (Held W/O Bail)

Remember that any inmate housed in an isolation cell must also be escorted when she leaves Unit 8 for whatever business or reason. The **23 X 1 status** placed on any inmate is per the Warden or classification.

cc:   Warden Patrick Ryan
      Deputy Warden Grace Martin
      Treatment Admin. Colleen Shotzberger
      Heath Services Administrator Noreen Greenleaf
      Principal Isabelle Companiony
      Chaplain Bernita Earle