IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAKISHA SHORT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 08-106-JJF |
| | : |
| COMMISSIONER CARL DANBERG, | : |
| DEPUTY COMMISSIONER THOMAS, | : |
| WARDEN PATRICK RYAN, | : |
| COLLEEN SHOTZBERGER, | : |
| | : |
| Defendants. | : |

**ORDER**

NOW THEREFORE, IT IS HEREBY ORDERED that:

The case is **REOPENED**, Plaintiff's Motion For Leave To File An Amended Complaint (D.I. 6) is **GRANTED**, and Second Motion For Leave To Proceed In Forma Pauperis (D.I. 8) is **DENIED** as **moot**, for the reasons that follow:

Plaintiff Lakisha Short, SBI # 00343759, a pro se litigant who is presently incarcerated, filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee. On March 5, 2008, the Court granted her leave to proceed in forma pauperis, assessed the filing fee of $350.00, and required her to pay an initial partial filing fee of 20 percent (20%) of the greater of his average monthly deposit or average monthly balance in the trust fund account. Inasmuch as the Court previously granted Plaintiff leave to proceed in informa pauperis, her pending motion seeking the same status is moot.

The case was closed on April 29, 2008, for Plaintiff's failure to provide the required prison trust account statement. Plaintiff submitted her trust account statement on June 5, 2008. In evaluating Plaintiff's account information, the Court has determined that Plaintiff has an average account balance of $14.74 for the six months preceding the filing of the Complaint. Her average monthly deposit is $23.33 for the six months preceding the filing of the Complaint. Accordingly, Plaintiff is required to pay an initial partial filing fee of $4.66, this amount being 20 percent (20%) of $23.33, the greater of her average monthly deposit and average daily balance in the trust fund account for the six months preceding the filing of the complaint. **Therefore, Plaintiff shall, within thirty days from the date this Order is sent, complete and return the attached Authorization Form allowing the agency having custody of her to forward the $4.66 initial partial filing fee and subsequent payments to the Clerk of the Court.**

**FAILURE OF PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE. NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS**

**MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

Upon receipt of this Order and the Authorization Form, the Warden or other appropriate official at Delaware Correctional Center, or at any prison at which Plaintiff is or may be incarcerated, shall be required to deduct the $4.66 initial partial filing fee from Plaintiff's trust account, when such funds become available, and forward that amount to the Clerk of the Court. Thereafter, absent further order of the Court, each time that the balance in Plaintiff's trust account exceeds $10.00, the Warden or other appropriate official at Delores J. Baylor Women's Correctional Institution, or at any prison at which Plaintiff is or may be incarcerated, shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to Plaintiff's trust account and forward that amount to the Clerk of the Court.

Pursuant to 28 U.S.C. § 1915(g), if Plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court shall deny Plaintiff leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court determines that Plaintiff is under imminent danger of serious physical injury.

Plaintiff is given leave to file an amended complaint within

thirty days from the date this Order is sent.

____July 29, 2008____        ____/s/ Joseph J. Farnan____
        DATE                  UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAKISHA SHORT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 08-106-JJF |
| | : |
| COMMISSIONER CARL DANBERG, | : |
| DEPUTY COMMISSIONER THOMAS, | : |
| WARDEN PATRICK RYAN, | : |
| COLLEEN SHOTZBERGER, | : |
| | : |
| Defendants. | : |

**AUTHORIZATION**

I, Lakisha Short, SBI # 00343759, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $4.66 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _____, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2008.

_____
Signature of Plaintiff