IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAKISHA SHORT, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08-106-JJF |
| COMMISSIONER CARL DANBERG, DEPUTY COMMISSIONER THOMAS, WARDEN PATRICK RYAN, COLLEEN SHOTZBERGER, | : |
| Defendants. | : |

**FILED**
AUG - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Lakisha Short, SBI # 00343759, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $4.66 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _____, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____August 1_____, 2008.

_____
Signature of Plaintiff

Oakland L Smith
#312,579
Howard R. Young
Correctional Inst.
1301 E. 12th St.
Wilmington, DE 19809

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, DE 19801