OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

August 26, 2008

TO:

**Lakisha Short**
SBI #00343759
Delores J. Baylor Women's Correctional Institution
660 Baylor Blvd.
Wilmington, DE 19720

  **RE: Document Titled Amended Complaint Received 8/22/08**
    **CA 08-106 JJF**

Dear Ms. Short:

  The Clerk's Office is in receipt of the above referenced papers (enclosed and returned herewith). Please be advised that the document we received is a photocopy that is barely readable. The Court requires parties to file an original plus a copy of all documents. Please forward to us an original signed copy for filing.

  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

              Sincerely,

/rwc            PETER T. DALLEO
              CLERK

cc: The Honorable Joseph J. Farnan, Jr.
Enc.