IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LAKISHA SHORT                    :

    PLAINTIFF                    :

                                 :    CIVIL ACTION NO.
        v                        :    08-106 (JJF)
                                 :
COMMISSIONER EARL                :
DANBERG, ET AL.,                 :

    DEFENDANTS

AMENDED COMPLAINTS

PLAINTIFF SHORT, PURSUANT TO RULES 15(a) § 19(A) FED R. CIV. P., REQUESTS AN AMENDED COMPLAINT ADDING A PARTY

1. PLAINTIFF IN HER ORIGINAL COMPLAINT OMMITTED TO NAME (CMS) AS A DEFENDANT.
2. SINCE FILING OF THE COMPLAINT THE PLAINTIFF HAS DETERMINED THAT PARAGRAPHS 3-7 ARE AMENDED TO REFLECT THE ACTIONS

FILED
AUG 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

of CMS. (MEDICAL DEPARTMENT)

3. Upon information & belief defendant CMS has housed mentally ill prisoners in segregation or super max units.

4. Upon information & belief defendant CMS have intentially neglected to transfer mentally ill prisoners to a more appropriate facility causing the prisoner to cause significant disruption to general population.

5. Upon information & belief defendant CMS has failed to provide an adequate number of qualified mental health staff to deal with general population as well as the seriously mentally ill causing defendent to not be able to properly follow up on prisoner with known or suspected mental health disorders. (Over half the population is currently taking psychiatric medication.)

6. Upon information & belief defendents et al., neglect has exposed general population to certain environmental health & safety risks: excessive noise, sleep deprivation & sewage. Plaintiff has been directly & indirectly effected by this environment & it has become toxic to her mental health.

7. Upon information & belief defendant CMS has placed a rule into effect denying prisoners less fortunate financially "comfort medication". (Tylenol, muscle rub etc.)

August 18 2008

Respectfully submitted

*/s/ L. T. Short*

Lakisha L. Short
660 Baylor Blvd
New Castle DE. 19720